B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SulphCo, Inc., a Nevada Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>88-0224817 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4333 W. Sam Houston Parkway N.**<br>**Suite 190**<br>**Houston, TX**      ZIP Code **77043** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,      ■ Debts are primarily
defined in 11 U.S.C. § 101(8) as         business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                                   **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **SulphCo, Inc., a Nevada Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X** _____   Signature of Attorney for Debtor(s)               (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  ☐ Yes, and Exhibit C is attached and made a part of this petition.  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.  If this is a joint petition:  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.  ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.  ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)  _____  (Name of landlord that obtained judgment)  _____  (Address of landlord)  ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and  ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.  ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                          Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
SulphCo, Inc., a Nevada Corporation

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

Melissa A. Haselden 00794778
Printed Name of Attorney for Debtor(s)

Hoover Slovacek LLP
Firm Name

5847 San Felipe
Suite 2200
Houston, TX 77057
Address

713.977.8686 Fax: 713.977.5395
Telephone Number

9/16/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Stanley W. Farmer
Printed Name of Authorized Individual

President and Chief Financial Officer
Title of Authorized Individual

9-16-11
Date

# CERTIFICATE OF CORPORATE SECRETARY
## OF
## SULPHCO, INC.

I, Stanley W. Farmer, Corporate Secretary of SulphCo, Inc. (the "Company") do hereby certify that I am Corporate Secretary of the Company; that **Exhibit A** attached to this Certificate is a full, true and correct copy of the resolutions of the Board of Directors of the Company, duly and regularly passed and adopted at a telephonic meeting of the Board of Directors of the Company on the 12th day of September, 2011, at which meeting a majority of the Board of Directors of said Company was present and voted in favor of said resolutions; and that said resolutions are in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand as Corporate Secretary of said Company this 12th day of September, 2011.

/s/ Stanley W. Farmer

Stanley W. Farmer
President, Chief Financial Officer,
Treasurer and Corporate Secretary

**EXHIBIT A**

The Board of Directors received and reviewed reports furnished to them concerning the financial condition of SulphCo, Inc. (the "Company"). The prospect of liquidating under the provisions of Chapter 7 of the United States Bankruptcy Code was discussed. Following extensive discussions, and upon motion duly made, seconded and carried, the following resolutions were passed by the quorum present:

WHEREAS, the Board having received and reviewed reports furnished it concerning the financial condition of the Company; and

WHEREAS, it appearing, in the business judgment of the Board that the Company should liquidate by filing for bankruptcy protection under Chapter 7 of the Bankruptcy Code with an appropriate federal bankruptcy court sitting in Harris County, Texas; it is hereby

RESOLVED, that the Company, at the earliest opportunity, should liquidate by initiating a case under the provisions of Chapter 7 of the Bankruptcy Code;

RESOLVED FURTHER, that Stanley W. Farmer, President, Chief Financial Officer, Treasurer and Corporate Secretary, is hereby authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of the President appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code;

RESOLVED FURTHER, that the Company is authorized and directed to employ and retain the firm of Hoover Slovacek LLP to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the President to be appropriate.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re    **SulphCo, Inc., a Nevada Corporation**         Case No. _____

                                     Debtor         Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 880,033.13 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 1,347,376.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 880,033.13 | | |
| Total Liabilities | | | | 1,347,376.29 | |

B6A (Official Form 6A) (12/07)

In re     **SulphCo, Inc., a Nevada Corporation**                  Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in **Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| | (Report also on Summary of Schedules) | | |

___0___ continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    **SulphCo, Inc., a Nevada Corporation**                                    Case No. _____
                                                                          ,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | UBS Financial Services, Inc. Business Services Account Acct # CP xxx83 LJ | - | 0.00 |
| | | | Citibank N.A. Checking Acct. #xxxxxx7671 (as of 9/14/2011) | - | 12,005.97 |
| | | | National Commercial Bank Riyadh Acct #XXXXXXXXXX0108 | - | 150,000.00 |
| | | | Business Services Account Acct # CP xxx83 LJUBS (as of 8/31/2011) | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | GKII Clay Crossing, LP rent deposit | - | 12,600.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached Exhibit B-9, estimated refund value | - | 24,000.00 |

|  | Sub-Total > | 198,605.97 |
|---|---|---|
|  | (Total of this page) | |

  __3__   continuation sheets attached to the Schedule of Personal Property

**SulphCo, Inc.**
**Schedule of Insurance Policies**

| **Directors & Officers Liability Insurance** | **Estimated Refund Value** |
|---|---|
| Primary Layer | |
| Arch Insurance Group | $ None |
| Policy No: DOP0023950-02 | |
| Policy Period: November 29, 2010 to November 29, 2011 | |
| | |
| Excess Layer | |
| Lloyds of London | $ None |
| Policy No: FD1005913 | |
| Policy Period: November 29, 2010 to November 29, 2011 | |
| | |
| Excess Side A Layer | |
| Illinois National Insurance Company (Chartis) | $ None |
| Policy No: 01-382-43-71 | |
| Policy Period: November 29, 2010 to November 29, 2011 | |
| | |
| **Executive Protection Portfolio (Employment Practices, Fiduciary & Crime)** | |
| Federal Insurance Company (Chubb Group) | $1,300.00 |
| Policy No: 8210-0172 | |
| Policy Period: November 29, 2010 to November 29, 2011 | |
| | |
| **Kidnap, Ransom & Extortion Insurance** | |
| Great American Insurance Company (Hiscox) | $500.00 |
| Policy No: UKA3002032.10 | |
| Policy Period: November 29, 2010 to November 29, 2011 | |
| | |
| **Auto Liability Insurance** | |
| Sentinel Insurance Company, Ltd (Hartford) | $1,400.00 |
| Policy No: 10-UEC-KO0241 | |
| Policy Period: May 19, 2011 to May 19, 2012 | |
| | |
| **Inland Marine Property Policy** | |
| Navigators Insurance Company | $10,800.00 |
| Policy No: NY08ILM011160-03 | |
| Policy Period: March 14, 2011 to March 14, 2012 | |
| | |
| **Pollution Legal Liability Insurance** | |
| Chartis Specialty Insurance Company | $10,000.00 |
| Policy No: PLS-6658544 | |
| Policy Period: July 12, 2010 to July 12, 2012 | |

Grand Total    $24,000.00

EXHIBIT
tabbies
B-9

B6B (Official Form 6B) (12/07) - Cont.

In re    **SulphCo, Inc., a Nevada Corporation**            Case No. _____

                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 50% interest in Fujairah Oil Technology, located in Fujairah, United Arab Emirates | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Securities & Exchange Commission Refund | - | 2,511.50 |
| | | Insperity (f/n/a Administaff) Refund | - | 656.44 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     3,167.94
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **SulphCo, Inc., a Nevada Corporation** , Case No. _____

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See Trademark Portfolio Report as of 12/31/2010 and Patent Schedule attached as Exhibit B-22 | - | 600,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Industrial Sonomechanics, LLC License Agreement | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford Pickup Truck | - | 3,000.00 |
| | | 2009 Pace Trailer | - | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached depreciation schedule of assets attached as Exhibit B-28. | - | 18,780.39 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached depreciation schedule of assets attached as Exhibit B-28. | - | 54,478.83 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >   678,259.22
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

| Country | Trademark | Classes | App No. Filing Date | Reg No. Issue Date | Goods & Services | Status & Remarks | TTC Ref No. Attys Handling Client's Ref No |
|---------|-----------|---------|---------------------|--------------------|-----------------|-----------------|----------------------------|
| Brazil | SULPHCO | 7 | 826525245 07/21/2004 | 826525245 03/18/2008 | Machinery, namely, petroleum fuel processing equipment. | Registered Next Renewal Due: Next Renewal Due 03/18/2018 | 020839-000400BR AJM  (MHH) |
| Canada | SULPHCO | | 1224261 07/20/2004 | | Machinery, namely, petroleum fuel processing equipment; Petroleum fuel processing. | Inactive - Abandoned AJM  (MHH) | 020839-000400CA |
| Colombia | SULPHCO | 7 | 04070041 07/22/2004 | 294897 02/17/2005 | Machinery, namely, petroleum fuel processing equipment. | Registered Next Due Date: Next Renewal Due 02/17/2015 | 020839-000400CO AJM  (MHH) |
| European Union | SULPHCO | 7, 40 | 003942273 07/21/2004 | 003942273 03/07/2006 | Class 7: Machinery, namely, petroleum fuel processing equipment. Class 40: Petroleum fuel processing. | Registered Next Due Date: Next Renewal Due 07/21/2014 | 020839-000400EU AJM  (MHH) |
| European Union | SULPHCO | 7, 40 | 003942273 07/21/2004 | 2006/014 04/03/2006 | Class 7: Machinery, namely, petroleum fuel processing equipment. Class 40: Petroleum fuel processing. | Inactive | 020839-000400EUP1 (MHH) |
| Indonesia | SULPHCO | 7 | 2004.20832.2 0992 07/22/2004 | IDM00006951 3 08/20/2015 | Machinery, namely, petroleum fuel processing equipment. | Registered Next Due Date: Next Renewal Due 08/20/2015 | 020839-000400ID AJM  (MHH) |
| Kuwait | SULPHCO | 7 | 73100 10/23/2005 | 62405 10/23/2005 | Machinery, namely, petroleum fuel processing equipment. | Registered Next Due Date: Next Renewal Due 10/22/2015 | 020839-000400KW AJM  (MHH) |
| Mexico | SULPHCO | 7 | 668064 07/22/2004 | 862331 11/30/2004 | Machinery, namely, petroleum fuel processing equipment. | Registered Next Due Date: Next Renewal Due 07/22/2014 | 020839-000400MX AJM  (MHH) |
| Nigeria | SULPHCO | 7 | 91514/04 08/09/2004 | | Machinery, namely, petroleum fuel processing equipment. | Pending - Published | 020839-000400NG AJM  (MHH) |
| Norway | SULPHCO | 7, 40 | 2004 07298 07/21/2004 | 228538 10/07/2005 | Class 7: Machinery, namely, petroleum fuel processing equipment. Class 40: Petroleum fuel processing. | Registered Next Due Date: Next Renewal Due 10/07/2015 | 020839-000400NO AJM  (MHH) |
| Russian Federation | SULPHCO | 7, 40 | 2004716399 07/22/2004 | 291655 06/30/2005 | Class 7: Machinery, namely, petroleum fuel processing equipment. Class 40: Petroleum fuel processing. | Registered Next Due Date: Next Renewal Due 07/22/2014 | 020839-000400RU AJM  (MHH) |
| Saudi Arabia | SULPHCO | 7 | 91111 07/24/2004 | 862/66 09/04/2006 | Machinery, namely, petroleum fuel processing equipment. | Registered Next Due Date: Next Renewal Due 03/30/2014 | 020839-000400SA AJM  (MHH) |
| United States of America | SULPHCO | 7, 40 | 78/355961 01/22/2004 | 3098944 05/30/2006 | Machinery, namely, petroleum fuel processing equipment in the nature of reactors, in class 7; Petroleum fuel processing, in class 40. | Registered Next Due Date: Section 8 & 15 Open 05/30/2011 Next Due Date: Section 8 & 15 Due 05/30/2012 Next Due Date: Section 8 & 15 End of Grace 11/30/2012 | 020839-000400US AJM  (MHH) |

tabbies

EXHIBIT
B-22

| Country | Trademark | Classes | App No. Filing Date | Reg No. Issue Date | Goods & Services | Status & Remarks | TTC Ref No. Attys Handling Client's Ref No |
|---------|-----------|---------|---------------------|--------------------|------------------|------------------|-------------------------------------------|
| | | | | | | Next Due Date: Next Renewal Due 05/30/2016 Next Due Date: Renewal End of Grace 11/30/2016 | |
| Venezuela | SULPHCO | 7 | 11483-2004 07/22/2004 | P267088 02/16/2006 | Machinery, namely, petroleum fuel processing equipment. | Registered Next Due Date: Next Renewal Due 02/16/2016 | 020839-000400VE AJM (MHH) |
| Brazil | SULPHCO | 40 | 826525253 07/21/2004 | 826525253 01/22/2008 | Petroleum fuel processing. | Inactive - Abandoned | 020839-000401BR AJM (MHH) |
| Colombia | SULPHCO | 40 | 04070042 07/22/2004 | 294896 02/17/2005 | Petroleum fuel processing. | Registered Next Due Date: Next Renewal Due 02/17/2015 | 020839-000401CO AJM (MHH) |
| Indonesia | SULPHCO | 40 | 2004.20833.2 0993 07/22/2004 | IDM00006951 4 08/20/2005 | Petroleum fuel processing. | Registered Next Due Date: Next Renewal Due 08/20/2015 | 020839-000401ID AJM (MHH) |
| Kuwait | SULPHCO | 40 | 73101 10/23/2005 | 62406 10/23/2005 | Petroleum fuel processing. | Registered Next Due Date: Next Renewal Due 10/22/2015 | 020839-000401KW AJM (MHH) |
| Mexico | SULPHCO | 40 | 668065 07/22/2004 | 862332 11/30/2004 | Petroleum fuel processing. | Registered Next Due Date: Next Renewal Due 07/22/2014 | 020839-000401MX AJM (MHH) |
| Saudi Arabia | SULPHCO | 40 | 91112 07/24/2004 | 862/46 09/04/2006 | Petroleum fuel processing. | Registered Next Due Date: Next Renewal Due 03/30/2014 | 020839-000401SA AJM (MHH) |
| Venezuela | SULPHCO | 40 | 11484-2004 07/22/2004 | S030066 02/16/2006 | Petroleum fuel processing. | Registered Next Due Date: Next Renewal Due 02/16/2016 | 020839-000401VE AJM (MHH) |
| United States of America | deSN | 7 | 78/283417 08/05/2003 | | Machinery for petroleum fuel production, namely, reactors. | Inactive - Abandoned | 020839-001000US AJM (MHH) |
| United States of America | SONOCRACKER | 7 | 78/566000 02/11/2005 | 3690630 09/29/2009 | Class 7: Machinery, namely, petroleum fuel processing equipment in the nature of reactors. | Registered Next Due Date: Section 8 & 15 Open 09/29/2014 Next Due Date: Section 8 & 15 Due 09/29/2015 Next Due Date: Section 8 & 15 End of Grace 03/29/2016 Next Due Date: Next Renewal Due 09/29/2019 Next Due Date: Renewal End of Grace 03/29/2020 | 020839-001600US AJM (MHH) |

| Country | Trademark | Classes | App No. Filing Date | Reg No. Issue Date | Goods & Services | Status & Remarks | TTC Ref No. Attys Handling Client's Ref No |
|---|---|---|---|---|---|---|---|
| United States of America | SONIC CRACKER | 7 | 78/566004 02/11/2005 | | Machinery, namely, petroleum fuel processing equipment in the nature of reactors. | Inactive - Abandoned | 020839-001700US AJM  (MHH) |
| United States of America | SONIC CRACKING | 7 | 78/566005 02/11/2005 | | Machinery, namely, petroleum fuel processing equipment in the nature of reactors. | Inactive - Abandoned | 020839-001800US AJM  (MHH) |
| United States of America | SONOCRACKING | 7 | 78/589832 03/17/2005 | 3690635 09/29/2009 | Class 7: Machinery, namely, petroleum fuel processing equipment in the nature of reactors. | Registered Next Due Date: Section 8 & 15 Open 09/29/2014 Next Due Date: Section 8 & 15 Due 09/29/2015 Next Due Date: Section 8 & 15 End of Grace 03/29/2016 Next Due Date: Next Renewal Due 09/29/2019 Next Due Date: Renewal End of Grace 03/29/2020 | 020839-002000US AJM  (MHH) |
| United States of America | SONOCRACKED CRUDE | 4 | 78/659212 06/27/2005 | 3690641 09/29/2009 | Class 4: Synthetic crude oil. | Registered Next Due Date: Section 8 & 15 Open 09/29/2014 Next Due Date: Section 8 & 15 Due 09/29/2015 Next Due Date: Section 8 & 15 End of Grace 03/29/2016 Next Due Date: Next Renewal Due 09/29/2019 Next Due Date: Renewal End of Grace 03/29/2020 | 020839-002200US AJM  (MHH) |

**SulphCo, Inc**
**Schedule of Patents**

| Title/Summary | US Application No. Filing Date | US Patent No. Issue Date | Jurisdictions Where Patents Are Currently in Force or Pending |
|---|---|---|---|
| Oxidative Desulfurization of Fossil Fuels With Ultrasound - <br><br> Fossil fuels are combined with a hydroperoxide in an aqueous-organic medium and subjected to ultrasound, with the effect of oxidizing the sulfur compounds in the fuels to sulfones. Due to their high polarity, the sulfones thus formed are readily removed from the fuels by polar extraction. The process is thus highly effective in removing sulfur compounds from the fuels.  **this is the "Mother" patent, assigned to SulphCo** by Yen, *et. al.* Claims methods for accelerating the desulfurization of fossil fuels with ultrasound. | 09/676260 <br> 09/28/2000 | 6,402,939 <br> 06/11/2002 | Issued:  US, AR, CA, MX, NG, RU, SA <br> Pending:  CO, EP, KW, NO, VE |
| Continuous Process for Oxidative Desulfurization of Fossil Fuels With Ultrasound and Products Thereof - <br><br> Fossil fuels are combined with a hydroperoxide, a surface active agent, and an aqueous liquid to form an aqueous-organic reaction medium which is passed through an ultrasound chamber on a continuous flow-through basis.  The emerging mixture separates spontaneously into aqueous and organic phases, from which the organic phase is readily isolated as the desulfurized fossil fuel.  **Claims process (broad fossil fuel claims) and the desulfurized diesel fuel product prepared by that process.** | 09/812,390 <br> 03/19/2001 | 6,500,219 <br> 12/31/2002 | Issued:  US, CA, CO, ID, MX, RU <br> Pending:  EP, NO |
| Ultrasound-Assisted Desulfurization of Fossil Fuels in the Presence of Dialkyl Ethers - <br><br> Fossil fuels are combined with an aqueous liquid and a dialkyl ether to form an aqueous-organic reaction medium which is passed through an ultrasound chamber on a continuous flow-through basis. The emerging mixture separates spontaneously into aqueous and organic phases, from which the organic phase is readily isolated as the desulfurized fossil fuel.  **Claims significant sulfur reductions with an inexpensive additive.** | 10/279,218 <br> 10/23/2002 | 6,827,844 <br> 12/7/2004 | Issued:  US, AR, MX, NG, RU, SA, <br> Pending:  CA, EP, ID, KW, NO, VE |

| | | | |
|---|---|---|---|
| Corrosion Resistant Ultrasound Horn - <br><br> Half-wavelength hollow probe with variations in metallurgy for enhanced erosion resistance. **This patent is superceeded by Application #2010/0193349 A1.** | 10/326,356 <br> 12/20/2002 | 6,652,992 <br> 11/25/2003 | Issued: US, AT, BE, CH, CO, DE, ES, FR, GB, HU, ID, IT, MX, NG, NL, RO, RU, SE, SI, SK, TR <br> Pending: CA, KW, NO, VE |
| Conversion of Petroleum Resid to Usable Oils with Ultrasound - <br><br> Petroleum residua are combined with water or an aqueous solution to form an emulsion which is then treated with ultrasound at a sufficient intensity and for a sufficient period of time to cause a conversion of the heavy hydrocarbon components of the residua to lighter components, thereby shifting the entire boiling point curve to lower boiling points. This allows one to draw a greater proportion of usable oil from the residua. | 10/803,802 <br> 3/17/2004 | 7,300,566 <br> 11/27/2007 | Issued: US, AR, ID, MX, NG, RU, SA <br> Pending: CA, CN, EP, HK, KR, KW, VE |
| Power Driving Circuit for Controlling a Variable Load Ultrasonic Transducer - <br><br> Control system specification for magnetostrictive driver operation, allowing for variables frequency, current and voltage. **SulphCo's current generation control system is substantially derived from this patent.** | 11/069,492 <br> 2/28/2005 | 7,408,290 | Issued: US <br> Pending: IN, JP, KR, MX, NZ, PH, VE |
| High-Throughput Continuous-Flow Ultrasound Reactor - <br><br> Reactor design for half-wave ultrasound horn sealed via radial node point. Includes half-wave resonator and bolted connection for horns. Operating frequency 10-50 MHz. **SulphCo's current system uses a similar transducer arrangement (not construction), but substantially different horn and reactor design. Operating frequencies in the 20 kHz range, much lower than that in the patent.** | 10/857,444 <br> 5/27/2004 | 7,559,241 | Issued: US, AR, CN, ID, KR, MX, NG, RU <br> Pending: CA, CO, EP, HK, KW, NO, SA, VE |

| | | | |
|---|---|---|---|
| Loop-Shaped Ultrasound Generator and Use in Reaction Systems -<br><br>Detailed construction and design specifications for magnetostrictive driver construction, including cooling jacket, amplitude measurement, control circuitry and reactor configuration. **Refinements include use of brazing for magnetostrictive plates, use of IGBT modules for phase switching, and 10-30 kHz operating frequency.** SulphCo's current generation system is substantially derived from this patent. | 10/194,166<br>11/18/2004 | 7,275,440<br>10/2/2007 | Issued:  US, CN, ID, MX, RU<br>Pending:  AR, CA, CO, EP, GC, KR, NG, NO, VE |
| Ultrasonic Horn -<br><br>Full-wavelength ultrasonic horn design that is stress-optimized to increase the range of operational amplitudes and longevity. Substantially covers the shape, materials of construction and gain factor range, among other properties.   Also covers use of these probes in continuous flow-through reactors. **This is the key patent for SulphCo's current ultrasound technology.** | 12/696,556<br>01/29/2010 | Pending | Issued: None<br>Pending: US |
| Ultrasonic Horn -<br><br>Full-wavelength ultrasonic horn design that is stress-optimized to increase the range of operational amplitudes and longevity. Substantially covers the shape, materials of construction and gain factor range, among other properties.   Also covers use of these probes in continuous flow-through reactors. **This is the key patent for SulphCo's current ultrasound technology.** | PCT/US10/00248<br>01/29/2010 | Pending | Issued: None<br>Pending: PCT Countries |

**SulphCo, Inc**

**Net Book Value Report**

**Class = CM**    Computers

| | | | Location | | Aquired Value | Net Book Value |
|---|---|---|---|---|---|---|
| 000001 | 000 0101 | AutoDesk CAD pro | Office 8 | 05/12/05 | 2,855.00 | - |
| 000002 | 000 0102 | Inventor CAD prog | Office 8 | 05/12/05 | 2,610.00 | - |
| 000014 | 000 0099 | Software - Algor M | Office 8 | 04/21/05 | 34,624.57 | - |
| 000016 | 000 0110 | Dell Dimension 4700 | Trailer | 05/12/05 | 1,165.02 | - |
| 000017 | 000 0096 | Dell Dimension 4700 | Trailer | 02/28/05 | 1,444.20 | - |
| 000118 | 000 0116 | Peachtree Acct | Office 8 | 06/20/05 | 1,014.90 | - |
| 000119 | 000 0117 | Dell Precision 470 | Trailer | 05/22/05 | 2,757.40 | - |
| 000120 | 000 0118 | Xerox Color Phase | Office 8 | 05/23/05 | 936.70 | - |
| 000138 | 000 0133 | Dell Dimension 2350 | Trailer | 08/23/05 | 1,303.53 | - |
| 000146 | 000 0141 | Dell Dimension 4700 | Trailer | 09/22/05 | 1,316.42 | - |
| 000147 | 000 0142 | Dell Dimension 4700 | Trailer | 09/22/05 | 1,316.42 | - |
| 000155 | 000 0150 | Server - Dell PowerEdge 2850 | IT Closet | 03/03/06 | 12,978.32 | - |
| 000162 | 000 0158 | Dell Dimension 9150 | Trailer | 05/03/06 | 1,122.07 | - |
| 000165 | 000 0161 | Dell Dimension 9150 | Trailer | 05/03/06 | 1,122.08 | - |
| 000181 | 000 0181 | Sony VAIO - VGN-SZ480 | Trailer | 05/01/07 | 2,711.28 | - |
| 000188 | 000 0188 | Sony laptop VGN-SZ480 | Trailer | 03/31/07 | 2,988.68 | - |
| 000201 | 000 0201 | HP ProLiant DL385 | IT Closet | 10/19/07 | 5,784.41 | - |
| 000202 | 000 0202 | HP ProLiant DL385 | IT Closet | 10/19/07 | 4,227.77 | - |
| 000206 | 000 0206 | Server - HP Prolian | IT Closet | 01/07/08 | 4,377.63 | - |
| 000212 | 000 0207 | Dell Preci DL385 | IT Closet | 05/29/08 | 3,244.25 | 380.27 |
| 000218 | 000 0218 | Sage FAS - Fixed | Office 8 | 09/30/08 | 5,568.33 | 464.03 |
| 000228 | 000 0228 | ChemDraw Ultra | Office 8 | 01/09/09 | 1,510.00 | 251.68 |
| 000231 | 000 007 | Inventor CAD prog | Office 8 | 10/09/00 | 6,308.00 | - |
| 000232 | 000 008 | Monitor | Office 8 | 11/03/00 | 525.00 | - |
| 000234 | 000 010 | Fax Machine | Trailer | 12/04/00 | 698.00 | - |
| 000238 | 000 013 | Color Laser Printer | IT Closet | 03/15/01 | 1,128.00 | - |
| 000243 | 000 018 | HP Plotter Printer | Copy Room | 05/31/02 | 4,692.58 | - |
| 000247 | 000 0022 | Dell Server PowerEdge 2650 | IT Closet | 03/15/03 | $ 8,091.23 | - |
| 000248 | 000 0023 | Computer- IBM em | Office 8 | 03/15/03 | 2,001.00 | - |
| 000249 | 000 0024 | Bar Code Scanner | Office 8 | 03/15/03 | 1,734.00 | - |
| 000252 | 000 027 | Dell Optiplex 170L | Trailer | 08/05/04 | 1,303.85 | - |
| 000253 | 000 028 | Dell Optiplex 170L | Trailer | 08/05/04 | 1,303.85 | - |
| 000254 | 000 029 | Dell Optiplex 170L | Trailer | 08/05/04 | 1,303.85 | - |
| 000255 | 000 030 | Dell Optiplex 170L | Trailer | 08/05/04 | 1,303.85 | - |
| 000256 | 000 031 | Dell Dimension 4700 | Trailer | 08/05/04 | 1,312.13 | - |
| 000257 | 000 0230 | HP Printer 5100 | Office 8 | 03/21/05 | 2,207.20 | - |
| 000258 | 000 0231 | MS Office 2003 Software | Office 8 | 03/21/05 | 5,031.90 | - |
| 000259 | 000 0232 | OrCAD Software | Office 8 | 04/04/05 | 13,573.98 | - |
| 000279 | 000 0279 | Dell PowerEdge HS | Office | 05/01/10 | 8,860.20 | 5,414.57 |
| 000280 | 000 0280 | Backup Recovery | Office | 05/04/10 | 9,741.42 | 5,953.09 |
| **Class =** | | | | | **$ 168,499.02** | **$ 12,463.64** |

EXHIBIT

tabbies® **B-28**

Class = EQ

| | | | | | | |
|---|---|---|---|---|---|---|
| 000073 | 000 0036 | Viscosity Meter | Process Lab | 12/04/00 | 4,000.00 | - |
| 000074 | 000 0037 | Centrifuge | Warehouse | 12/04/00 | 6,500.00 | - |
| 000076 | 000 0039 | Exhaust Hood | Wet Lab | 12/04/00 | 35,000.00 | - |
| 000077 | 000 0040 | Silverson Mixer | Process Lab | 12/04/00 | 4,000.00 | - |
| 000078 | 000 0041 | Cinnaric Thermalyn | Process Lab | 12/04/00 | 750.00 | - |
| 000079 | 000 0042 | Acculab Electronic | Process Lab | 12/04/00 | 200.00 | - |
| 000080 | 000 0043 | Shop Computer - D | Wet Lab | 12/04/00 | 2,500.00 | - |
| 000089 | 000 0052 | Acrylic chamber | Process Lab | 01/31/02 | 1,339.00 | - |
| 000093 | 000 0056 | Oil Burner | Trailer | 06/30/02 | 513.00 | - |
| 000095 | 000 0058 | Hydrascout | Process Lab | 08/31/02 | 583.00 | - |
| 000098 | 000 0061 | Centrifuge | Warehouse | 11/30/02 | 4,101.00 | - |
| 000099 | 000 0062 | Lab Cabinets & Ho | Wet Lab | 02/15/03 | 7,957.00 | - |
| 000100 | 000 0065 | Shelving | Warehouse | 03/15/03 | 8,911.00 | - |
| 000050 | 000 0067 | Forklift | Warehouse | 04/15/03 | 8,157.43 | - |
| 000104 | 000 0071 | Firstenberg Centrif | Warehouse | 09/30/03 | 8,590.00 | - |
| 000106 | 000 0073 | Advanced Sonics P | Process Lab | 12/02/03 | 19,446.00 | - |
| 000112 | 000 0080 | Oscilliscope | Store 3 | 08/13/04 | 17,220.11 | - |
| 000046 | 000 0083 | Microscope | Process Lab | 11/09/04 | 1,769.50 | - |
| 000042 | 000 0084 | Density (API) Mete | Trailer | 11/30/04 | 2,639.45 | - |
| 000114 | 000 0112 | Stainless Steel Tan | Process Lab | 04/30/05 | 5,525.50 | - |
| 000126 | 000 0123 | Programmable Vis | Trailer | 07/22/05 | 2,987.50 | - |
| 000129 | 000 0124 | Programmable Vis | Trailer | 07/22/05 | 2,985.75 | - |
| 000133 | 000 0128 | Gas Chromatograp | Trailer | 08/01/05 | 45,566.40 | - |
| 000144 | 000 0139 | Oscilliscope | Process Lab | 09/30/05 | 10,510.86 | - |
| 000152 | 000 0147 | Viscosity Meter | Trailer - | 11/17/05 | 2,914.64 | - |
| 000154 | 000 0149 | Time Clock - Hand | Office 8 | 02/24/06 | 1,870.04 | - |
| 000167 | 000 0162 | Ricoh Copier | Office 9 | 05/15/06 | 12,474.83 | - |
| 000171 | 000 0164 | Sample Changer | Trailer | 10/12/06 | 8,453.94 | - |
| 000172 | 000 0165 | Density Meter; Toledo | Trailer | 10/12/06 | 11,944.71 | - |
| 000175 | 000 0168 | Video Cameras & Monitor | Cameras mounted/ Monitor Office 8 | 10/27/06 | 2,677.93 | - |
| 000176 | 000 0169 | Heater for Meter; Toledo Density Meter | Trailer | 11/02/06 | 5,265.71 | - |
| 000180 | 000 0180 | Centrifuge | Warehouse | 05/02/07 | 9,872.08 | - |
| 000183 | 000 0183 | Fotonic Sensor | Process Lab | 05/03/07 | 10,094.52 | - |
| 000189 | 000 0189 | Acoustic Blanket | Clay Road warehouse | 07/23/07 | 5,361.00 | - |
| 000193 | 000 0193 | Temperature Cont | Warehouse | 08/09/07 | 31,675.63 | - |
| 000194 | 000 0194 | Viscometer | Process Lab | 08/15/07 | 27,320.00 | - |
| 000196 | 000 0196 | Fume Hood | Process Lab | 08/28/07 | 2,542.00 | - |
| 000197 | 000 0197 | Fume Hood | Process Lab | 08/28/07 | 1,883.50 | - |
| 000198 | 000 0198 | Fume Hood | Wet Lab | 08/28/07 | 1,883.50 | - |
| 000199 | 000 0199 | Sample Changer | Trailer | 09/27/07 | 18,138.43 | - |
| 000220 | 000 0220 | Sulfur Analyzer | Trailer | 09/03/08 | 63,802.00 | 3,544.57 |
| 000222 | 000 0222 | Safety Cabinet | Warehouse | 10/07/08 | 1,920.36 | 160.03 |
| 000229 | 000 0229 | Gravity Oven | Process Lab | 01/21/09 | 1,943.78 | 377.96 |
| 000260 | 000 0260 | Nexus 5000 High P | Process Lab-bench unit | 03/20/09 | 2,768.21 | 615.15 |
| 000263 | 000 0263 | Automatic Distillation | Trailer | 03/30/09 | 26,058.00 | 6,514.50 |
| 000264 | 000 0264 | Nexus 5000 High P | Process Lab-bench unit | 03/06/09 | 2,768.21 | 615.15 |
| 000265 | 000 0265 | Furnace - Bench model | Warehouse | 04/17/09 | 1,935.35 | 537.58 |
| 000267 | 000 0267 | Nexus 5000 | Process Lab-bench unit | 04/16/09 | 3,448.04 | 957.79 |
| 000268 | 000 0268 | Nexus 5000 | Process Lab-bench unit | 04/16/09 | 3,448.03 | 957.79 |
| 000273 | 000 0273 | Sulfur Analyzer | Trailer | 08/11/09 | 57,895.82 | 20,906.82 |
| 000276 | 000 0276 | UV-1800 Spectrometer | Trailer | 11/17/09 | 7,927.96 | 3,743.77 |
| 000277 | 000 0277 | Karl Fisher Instrum | Trailer | 02/08/10 | 7,100.94 | 3,747.72 |
| 000278 | 000 0278 | Hamilton Chemical Hood | Wet Lab | 06/18/10 | 8,850.00 | 5,900.00 |
| | Class = | | | | $ 545,991.66 | $ 54,478.83 |

Furniture

Class = FE

| | | | | | | |
|---|---|---|---|---|---|---|
| 000113 | 000 0001 | Office Furniture | Various offices | 12/04/00 | $ 19,057.00 | - |
| 000004 | 000 0003 | Protima Projector | Office 9 | 03/08/01 | 3,054.00 | - |
| 000019 | 000 0004 | Sony camcorder | Office 8 | 07/13/01 | 1,347.35 | - |
| 000021 | 000 0005 | Furniture - new bui | Various offices | 03/15/03 | 18,211.00 | 0.00 |
| 000005 | 000 0103 | White Board | Office 4 | 03/31/05 | 855.78 | 91.66 |
| 000126 | 000 0121 | Peter's Office Furn | Office 9 | 07/28/05 | 3,098.62 | 479.54 |
| 000135 | 000 0130 | Desks | Offices 10 & 8 | 08/23/05 | 1,653.48 | 275.59 |
| 000150 | 000 0145 | Lateral File. 2 drawer | Offices 7 & 10 | 09/22/05 | 982.91 | 175.50 |
| 000157 | 000 0152 | Receptionist Desk | Reception | 02/24/06 | 1,032.95 | 245.92 |
| 000166 | 000 0155 | InFocus pojector | Office 8 | 04/20/06 | 1,564.95 | 409.85 |
| 000221 | 000 0221 | Partitions | Cubes 2 & 3 | 10/06/06 | 3,955.46 | 2,401.52 |
| 000270 | 000 0270 | Modular furniture w | Various offices | 05/26/09 | 1,677.88 | 1,178.51 |
| | | | | | $ 56,491.38 | $ 6,316.75 |

Class = FE
Less
Net
Count = 15

| | | | | | | |
|---|---|---|---|---|---|---|
| 000213 | 000 0212 | 2004 Ford F-250 truck | Warehouse | 05/19/08 | 12,000.00 | 3,000.00 |
| | | 2009 Pace Trailer | | | | 2,000.00 |

|  | |
|---|---|
| $ 782,982.06 | $ 78,259.22 |

|  |  |
|---|---|
| Office Equip | $18,780.39 |
| Machinery & Equip | $ 54,478.83 |

**Asset Location**

| Item | Description | Location |
|------|-------------|----------|
| Asset | Syst 212/Asset 212 - Barracuda filter | Citoc |
| Asset | Syst 279/Asset 279 - Dell PowerEdge S | Citoc |
| Asset | Syst 280/Asset 280 - Backup/Recovery Server | Citoc |
| CF-1 | Fake tree | Conf Room |
| CF-2 | small table | Conf Room |
| CF-3 | Conference Table & chairs | Conf Room |
| Asset | Asset 270 - chair | Conf Room 2 |
| Asset | Asset 270 - chair | Conf Room 2 |
| Asset | System 21/Asset 5 - chair | Conf Room 2 |
| Asset | System 21/Asset 5 - chair | Conf Room 2 |
| Asset | System 21/Asset 5 - chair | Conf Room 2 |
| Asset | System 21/Asset 5 - chair | Conf Room 2 |
| Asset | System 21/Asset 5 - chair | Conf Room 2 |
| Asset | System 21/Asset 5 - chair | Conf Room 2 |
| Asset | System 21/Asset 5 - chair | Conf Room 2 |
| Asset | System 21/Asset 5 - Conference table | Conf Room 2 |
| Asset | System 21/Asset 5 - File Cabinet | Conf Room 2 |
| Asset | Syst 243/Asset 18 - HP Plotter printer | Copy Room |
| Misc | Miscellaneous Office Supplies | Copy Room |
| Asset | syst 113/asset 1 - File cabinet (outside cube) | Cube 1 |
| Asset | syst 113/asset 1 - File cabinet (outside cube) | Cube 1 |
| Asset | Syst 21/asset 5 - desk | Cube 1 |
| Asset | Syst 221/Asset 221 - Partitions | Cube 1 |
| C1-1 | Chair | Cube 1 |
| Asset | syst 113/asset 1 - File cabinet (under desk) | Cube 2 |
| Asset | Syst 21/asset 5 - desk | Cube 2 |
| C2-1 | Chair | Cube 2 |
| Asset | Asset 270 (2 chairs) | Cube 3 |
| Asset | syst 113/asset 1 - File cabinet (book case) | Cube 3 |
| Asset | syst 113/asset 1 - File cabinet (file cab) | Cube 3 |
| Asset | syst 113/asset 1 - File cabinet (file outside cube) | Cube 3 |
| Asset | Syst 135/Asset 130 (desk) | Cube 3 |
| Asset | Syst 135/Asset 130 (file) | Cube 3 |
| Asset | Syst 135/Asset 130 (unassembled desk) | Cube 3 |
| C3-1 | Chair | Cube 3 |
| K-1 | Tables and Chairs | Kitchen |
| K-2 | Couch | Kitchen |
| K-3 | Refrigerator | Kitchen |
| K-4 | computer desk | Kitchen |
| K-5 | cabinet | Kitchen |
| Misc | Miscellaneous kitchen utensils & dishes | Kitchen |
| 1-1 | Couch | Office 1 |
| Asset | Syst 113/Asset 1 - Desk | Office 1 |
| Asset | Syst 113/Asset 1 - file cabinet | Office 1 |
| Asset | Syst 113/Asset 1 - hutch | Office 1 |
| Asset | Syst 113/Asset 1 - table | Office 1 |
| Asset | Syst 113/Asset 1 - table | Office 1 |
| Misc | Misc chairs | Office 1 |
| 10-1 | book case | Office 10 |
| 10-2 | white board | Office 10 |
| 11-1 | Chair | Office 11 |

| | | |
|---|---|---|
| 11-2 | Chair | Office 11 |
| 11-3 | Chair | Office 11 |
| 11-4 | Chair | Office 11 |
| Asset | syst 113/asset 1 - wrap around desk | Office 11 |
| 12-1 | Chair | Office 12 |
| 12-2 | Chair | Office 12 |
| Asset | syst 113/asset 1 - desk | Office 12 |
| Asset | syst 113/asset 1 - desk | Office 12 |
| Asset | Asset 270 | Office 13 |
| Asset | Asset 270 | Office 13 |
| Asset | Asset 5 (book shelf) | Office 13 |
| Asset | Asset 5 (chair) | Office 13 |
| Asset | Asset 5 (desk) | Office 13 |
| Asset | Syst 113/Asset 1 - Desk | Office 2 |
| Asset | Syst 113/Asset 1 - file cabinet | Office 2 |
| Asset | Syst 113/Asset 1 - hutch | Office 2 |
| Asset | Syst 113/Asset 1 - table | Office 2 |
| Misc | Misc chairs | Office 2 |
| 3-1 | white board | Office 3 |
| 3-2 | large fake tree | Office 3 |
| 3-3 | large fake tree | Office 3 |
| 3-4 | fake plant | Office 3 |
| 3-5 | fake plant | Office 3 |
| 3-6 | fake plant | Office 3 |
| 3-7 | fake plant | Office 3 |
| Asset | Syst #113/Asset 1 - Chair | Office 3 |
| Asset | Syst #113/Asset 1 - Chair | Office 3 |
| Asset | Syst #113/Asset 1 - Chair | Office 3 |
| Asset | Syst #113/Asset 1 - table | Office 3 |
| 4-1 | Lamp (1 of 2) | Office 4 |
| 4-2 | Lamp (2 of 2) | Office 4 |
| 4-3 | Lamp (1 of 1) | Office 4 |
| Asset | Syst #113/Asset 1 - Chair | Office 4 |
| Asset | Syst #113/Asset 1 - Chair | Office 4 |
| Asset | Syst #113/Asset 1 - Chair | Office 4 |
| Asset | Syst #113/Asset 1 - credenza | Office 4 |
| Asset | Syst #113/Asset 1 - Desk | Office 4 |
| Asset | Syst #113/Asset 1 - Desk | Office 4 |
| Asset | Syst #113/Asset 1 - File Cabinet | Office 4 |
| Asset | Syst #5/Asset 103 - White board | Office 4 |
| Asset | syst 113/asset 1 - tables | Office 4 |
| 5-1 | white board | Office 5 |
| 5-2 | white board | Office 5 |
| 5-3 | white board | Office 5 |
| 6-1 | white board | Office 6 |
| 7-1 | white board | Office 7 |
| 8-17 | Dell Monitor | Office 7 |
| 8-18 | Dell Monitor | Office 7 |
| Asset | Syst #150/Asset # 145 - File Cabinet | Office 7 |
| Asset | syst 113/asset 1 - book case | Office 7 |
| Asset | syst 113/asset 1 - File cabinet | Office 7 |
| Asset | System #126/Asset 121 (table) | Office 7 |
| Asset | System 21/Asset 5 - chair | Office 7 |
| Asset | System 21/Asset 5 - chair | Office 7 |

| | | |
|---|---|---|
| Asset | System 21/Asset 5 - chair | Office 7 |
| Asset | System 21/Asset 5 - desk | Office 7 |
| Asset | System 21/Asset 5 - desk | Office 7 |
| Asset | System 21/Asset 5 - side table | Office 7 |
| 8-1 | white board | Office 8 |
| 8-2 | Chair | Office 8 |
| 8-3 | HP Printer | Office 8 |
| 8-4 | Dell Monitor | Office 8 |
| 8-5 | Dell Monitor | Office 8 |
| 8-6 | Dell Monitor | Office 8 |
| 8-7 | Dell Monitor | Office 8 |
| 8-8 | Dell Monitor | Office 8 |
| 8-9 | Dell Monitor | Office 8 |
| 8-10 | Dell Monitor | Office 8 |
| 8-11 | Dell Monitor | Office 8 |
| 8-12 | Dell Monitor | Office 8 |
| 8-13 | Dell Monitor | Office 8 |
| 8-14 | Dell Monitor | Office 8 |
| 8-15 | Dell Monitor | Office 8 |
| 8-16 | Dell Monitor | Office 8 |
| 8-19 | Dell Monitor | Office 8 |
| 8-20 | Dell Monitor | Office 8 |
| 8-21 | Viewsonic Monitor | Office 8 |
| 8-22 | Box of Misc. Network cables. | Office 8 |
| Asset | System #175Asset 167 - Security monitor | Office 8 |
| Asset | Syst 004 /Asset 003  - Protima Projector | Office 8 |
| Asset | Syst 1 /Asset 101 - AutoDesk software | Office 8 |
| Asset | syst 113/asset 1 - book case | Office 8 |
| Asset | syst 113/asset 1 - File cabinet | Office 8 |
| Asset | Syst 118 /Asset 116 - Peachtree Accounting | Office 8 |
| Asset | Syst 120 /Asset 118 - Xerox Phaser Printer | Office 8 |
| Asset | syst 135/asset 130 - Desk | Office 8 |
| Asset | Syst 14/Asset 99 - Algor software | Office 8 |
| Asset | Syst 154/Asset 149 - Hand Timeclock | Office 8 |
| Asset | Syst 166/Asset 155 - InFocus projector | Office 8 |
| Asset | Syst 19/Asset 004  Sony video camera | Office 8 |
| Asset | Syst 2/Asset 102 - Autodesk 11 | Office 8 |
| Asset | Syst 218 /Asset 218 - Sage FAS program | Office 8 |
| Asset | Syst 228 /Asset 228 - Chemdraw software | Office 8 |
| Asset | Syst 231 /Asset 007 - Inventor CAD software | Office 8 |
| Asset | Syst 232 /Asset 8 - Monitor | Office 8 |
| Asset | Syst 249 /Asset 024 - Bar Code Scanner | Office 8 |
| Asset | Syst 257 /Asset 230 - HP 5100 Printer | Office 8 |
| Asset | Syst 258/Asset 231 - MS Office Software and Licenses | Office 8 |
| Asset | Syst 259/Asset 232 - OrCad Software | Office 8 |
| Asset | System 21/Asset 5 - chair | Office 8 |
| Asset | System 21/Asset 5 - chair | Office 8 |
| Asset | System 248/Asset 23 - IBM emachine | Office 8 |
| 9-1 | Chair | Office 9 |
| Asset | syst 113/asset 1 - book case | Office 9 |
| Asset | syst 113/asset 1 - File cabinet | Office 9 |
| Asset | syst 113/asset 1 - File cabinet | Office 9 |
| Asset | syst 113/asset 1 - File cabinet | Office 9 |

| | | |
|---|---|---|
| Asset | syst 135/asset 130 - File cabinet | Office 9 |
| Asset | syst 135/asset 130 - File cabinet | Office 9 |
| Asset | Syst 167/Asset 162 - Photocopier | Office 9 |
| Asset | Syst 21 /Asset 5  - Chair | Office 9 |
| Asset | Syst 21/Asset 5 - Desk | Office 9 |
| Asset | Syst 21/Asset 5 - Desk | Office 9 |
| Asset | System #126/Asset 121 chair | Office 9 |
| Asset | System #126/Asset 121 chair | Office 9 |
| Asset | Syst 106/Asset 73 - Advanced Sonics Ultrasound | Process Lab |
| Asset | Syst/Asset 194 - Viscometer | Process Lab |
| Asset | System 114/Asset 112 - SS Tank | Process Lab |
| Asset | System 144/Asset 139 - Oscilliscope | Process Lab |
| Asset | System 183/Asset 183 - Fotonic Sensor | Process Lab |
| Asset | System 194/Asset 194 - Viscometer | Process Lab |
| Asset | System 196 /Asset 196 - Fume Hood | Process Lab |
| Asset | System 197/Asset 197 - Fume Hood | Process Lab |
| Asset | System 229/Asset 229 - gravity oven | Process Lab |
| Asset | System 260/Asset 260 - Syringe pump | Process Lab |
| Asset | System 264/Asset 264 -  Syringe pump | Process Lab |
| Asset | System 267/Asset 267 -  Syringe pump | Process Lab |
| Asset | System 268/Asset 268 -  Syringe Pump | Process Lab |
| Asset | System 46/Asset 23 -  Microscope | Process Lab |
| Asset | System 73 /Asset 36 - Viscosity Meter | Process Lab |
| Asset | System 77/Asset 40 - Silverson Mixer | Process Lab |
| Asset | System 78/Asset 41 - Cmiaric Thermalyn | Process Lab |
| Asset | System 79/Asset 42 -  Acculab Electronic scale | Process Lab |
| Asset | System 89/Asset 52 - Acrylic Chamber | Process Lab |
| Asset | System 95/Asset 58 -  Hydroscout | Process Lab |
| PL-1 | Chiller | Process Lab |
| PL-2 | Chiller | Process Lab |
| PL-3 | Lab pump | Process Lab |
| PL-4 | Isolation chamber | Process Lab |
| PL-5 | Stair ladder | Process Lab |
| PL-6 | Test Skid | Process Lab |
| PL-7 | Warming tank with stand | Process Lab |
| PL-8 | Sorensen Power Supply | Process Lab |
| PL-9 | APC Power Supply | Process Lab |
| Asset | syst 157/Asset 152 - Reception Desk | Reception |
| R-1 | Greeter sign | Reception |
| R-10 | plant | Reception |
| R-2 | coffee table | Reception |
| R-3 | end table | Reception |
| R-4 | end table | Reception |
| R-5 | plant | Reception |
| R-6 | plant | Reception |
| R-7 | plant | Reception |
| R-8 | plant | Reception |
| R-9 | plant | Reception |
| Asset | 155 Server - Dell PowerEdge 2850 | Server |
| Asset | 201 HP ProLiant DL385 | Server |
| Asset | 202 HP ProLiant DL365 | Server |
| Asset | 206 Server - HP Prolian | Server |
| Asset | 222 Dell Server PowerEdge 2650 | Server |

| | | |
|---|---|---|
| Asset | 238/13 - Color Laser Printer | Server |
| Asset | syst 113/asset 1 - File cabinet | Server |
| Asset | syst 113/asset 1 - File cabinet | Server |
| Asset | Syst 175/Asset Video camera monitor interface | Server |
| Misc | Misc keyboards and computer peripherals | Server |
| Misc | Miscellaneous Tools | Store 2 |
| Asset | System 112/Asset 80 - Oscilliscope | Store 3 |
| Misc | Miscellaneous Tools | Store 3 |
| S3-1 | Sorensen Power Supply | Store 3 |
| S3-10 | HP Power Supply | Store 3 |
| S3-11 | HP Power Supply | Store 3 |
| S3-12 | Global function generator - 20 Mhz | Store 3 |
| S3-13 | Global function generator - 20 Mhz | Store 3 |
| S3-2 | Hameg Function Generator | Store 3 |
| S3-3 | Hameg Function Generator | Store 3 |
| S3-4 | Global function generator - 30 Mhz | Store 3 |
| S3-5 | Global function generator - 30 Mhz | Store 3 |
| S3-6 | Global function generator - 30 Mhz | Store 3 |
| S3-7 | Global function generator - 30 Mhz | Store 3 |
| S3-8 | Tektonix Current Probe | Store 3 |
| S3-9 | Tektonix Current Probe | Store 3 |
| Asset | Syst 128/Asset 123 Programmable Viscosity Meter | Trailer at Majewski's |
| Asset | Syst 129/Asset 124 Programmable Viscosity Meter | Trailer at Majewski's |
| Asset | Syst 133/Asset 128  Gaschromatograph | Trailer at Majewski's |
| Asset | Syst 152/Asset 147 Viscosity Meter - Brookfield | Trailer at Majewski's |
| Asset | Syst 263/Asset 263 - Automatic Distillation unit | Trailer at Majewski's |
| Asset | Syst 275/Asset 275 - UV Spetrometer | Trailer at Majewski's |
| Asset | Syst 180/Asset 180 - Centrifuge | Trailer at Majewski's |
| Asset | Syst 104/Asset 71 - Centrifuge | Trailer at Majewski's |
| Asset | Syst 42/Asset 84 - Denisty Meter | Trailer at Majewski's |
| | Lab control box - ultrasound | Trailer at Majewski's |
| | Lab control box - ultrasound | Trailer at Majewski's |
| | Permananet skid panel | Trailer at Majewski's |
| | Permananet skid panel | Trailer at Majewski's |
| | Permananet skid panel | Trailer at Majewski's |
| | 1 pallet - misc pipe fittings/reactor | Trailer at Majewski's |
| | UL Panel | Trailer at Majewski's |
| | 2 line mobile skid | Trailer at Majewski's |
| | pump skid panel | Trailer at Majewski's |
| | pallet - 21 Powerex | Trailer at Majewski's |
| | pallet - 2 remote closures for permanent skids | Trailer at Majewski's |
| | box- corning lab supplies | Trailer at Majewski's |
| | powerex | Trailer at Majewski's |
| | 2 sorense power supplies | Trailer at Majewski's |
| | 2 metal boxes | Trailer at Majewski's |
| | pallet with 4 marathon pumps | Trailer at Majewski's |
| | Accounting Records | Trailer at Majewski's |
| | 3 boxes misc lab supplies | Trailer at Majewski's |
| | 2 boxes - Gerresheimer lab supplies | Trailer at Majewski's |
| | Roll away tool box w/ Misc tools | Trailer at Majewski's |
| | Versatech pump and 2 boxes (shrink-wrapped) | Trailer at Majewski's |
| | 4 boxes w/ Qty 8 - Powerex | Trailer at Majewski's |
| | 2 Dell boxes with Clyde Brent - Versatech items | Trailer at Majewski's |
| | Short black file cabinet | Trailer at Majewski's |

| | | |
|---|---|---|
| | Misc Accounting/HR records | Trailer at Majewski's |
| | 1 metal box | Trailer at Majewski's |
| | 7 tall vertical file cabinets | Trailer at Majewski's |
| | Hilscher lab unit (probe) | Trailer at Majewski's |
| | New cooling jacket | Trailer at Majewski's |
| | yellow ladder | Trailer at Majewski's |
| | Small pallet - transformer | Trailer at Majewski's |
| | larger pallet - transformer | Trailer at Majewski's |
| | pallet - hoses | Trailer at Majewski's |
| | Trailer for mobile unite | Trailer at Majewski's |
| Asset | 16/110 - Dell Dimension  4700 | Trailer at Majewski's |
| Asset | 17/98 - Dell Dimension  4700 | Trailer at Majewski's |
| Asset | 119/117 - Dell Precision 470 | Trailer at Majewski's |
| Asset | 138/133 - Dell Dimension 2350 | Trailer at Majewski's |
| Asset | 146/141 - Dell Dimension  4700 | Trailer at Majewski's |
| Asset | 147/142 - Dell Dimension  4700 | Trailer at Majewski's |
| Asset | 162/158 - Dell Dimension 9150 | Trailer at Majewski's |
| Asset | 165/161 - Dell Dimension 9150 | Trailer at Majewski's |
| Asset | 181/181 - Sony Vaio -VGN-SZ480 | Trailer at Majewski's |
| Asset | 181/181 - Sony Vaio -VGN-SZ480 | Trailer at Majewski's |
| Asset | 234/10 - Fax machine | Trailer at Majewski's |
| Asset | 252/27 - Dell Optiplex 170L | Trailer at Majewski's |
| Asset | 253/28 - Dell Optiplex 170L | Trailer at Majewski's |
| Asset | 254/29 - Dell Optiplex 170L | Trailer at Majewski's |
| Asset | 255/30 - Dell Optiplex 170L | Trailer at Majewski's |
| Asset | 256/31 - Dell Dimension 4700 | Trailer at Majewski's |
| Asset | Syst 171/Asset 164 Sample Changer | Trailer at Majewski's |
| Asset | Syst 172/Asset 165 Density Meter | Trailer at Majewski's |
| Asset | Syst 176/Asset 169 -  Heater (Met. Toldedo) | Trailer at Majewski's |
| Asset | Syst 199/Asset 199 - Sample Changer | Trailer at Majewski's |
| Asset | Syst 220/Asset 220 - Sulfur analyzer | Trailer at Majewski's |
| Asset | Syst 273/Asset 273 - Sulfur Analyzer | Trailer at Majewski's |
| Asset | Syst 277/Asset 277 - Karl Fisher Instrument | Trailer at Majewski's |
| Asset | Syst 93/Asset 56 -  Oil Burner | Trailer at Majewski's |
| Asset | Syst 100/Asset 65 - Shelving | Warehouse |
| Asset | Syst 189/Asset 189 - Acoustic Blanket | Warehouse |
| Asset | Syst 193/Asset 193  - Temperature Control | Warehouse |
| Asset | Syst 265/Asset 265  - Furnace | Warehouse |
| Asset | Syst 50/Asset 67 - Forklift | Warehouse |
| Asset | Syst 74/Asset 37 - Centrifuge | Warehouse |
| Asset | Syst 98/Asset 61 - Centrifuge | Warehouse |
| Asset | Syst/Asset 222 - Safety Cabinets (5 of 5) | Warehouse |
| Misc | Miscellaneous lab supplies | Warehouse |
| Misc | Miscellaneous petroleum samples | Warehouse |
| W-1 | Advanced Thermal Chiller | Warehouse |
| W-10 | Hand truck | Warehouse |
| W-11 | hand truck | Warehouse |
| W-12 | Gas cylinder holder | Warehouse |
| W-2 | Advanced Thermal Chiller | Warehouse |
| W-3 | Advanced Thermal Chiller | Warehouse |
| W-4 | Pallet jack | Warehouse |
| W-5 | Pallet jack | Warehouse |
| W-6 | 6 ft ladder | Warehouse |
| W-7 | 12 ft ladder | Warehouse |

| | | |
|---|---|---|
| W-8 | Air Compressor | Warehouse |
| W-9 | Engine Lift | Warehouse |
| Asset | Syst 080/Asset 042 - Shop Computer | Wet Lab |
| Asset | Syst 198/Asset 198 - fume hood | Wet Lab |
| Asset | Syst 76/Asset 39 - Fume Hood | Wet Lab |
| Asset | Syst 99/Asset 62 - Lab Cabinets | Wet Lab |
| Asset | Syst/Asset 278  - Fume Hood | Wet Lab |
| Misc | Miscellaneous lab supplies | Wet Lab |
| WL-1 | Gas cylinder holder | Wet Lab |



**EMERGENCY EVACUATION ROUTES**

Floor not to scale

Meeting place

B6B (Official Form 6B) (12/07) - Cont.

In re **SulphCo, Inc., a Nevada Corporation**                                    Case No. _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Estimated NOL carryover of $79,830,435** | - | 0.00 |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 880,033.13 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **SulphCo, Inc., a Nevada Corporation**                                Case No. _____

                                              **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re   **SulphCo, Inc., a Nevada Corporation**                                          Case No. _____
_____,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **SulphCo, Inc., a Nevada Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Abend, Mike** 1621 Cafe Dumonde Conroe, TX 77304 | | - | | | | | | 12,922.66 |
| Account No. | | | | | | | | |
| **ADT Security Services, Inc.** P O Box 371956 Pittsburgh, PA 15250-7956 | | - | | | | | | 178.03 |
| Account No. | | | | | | | | |
| **Airgas Southwest, Inc.** P O Box 676031 Dallas, TX 75267-6031 | | - | | | | | | 300.30 |
| Account No. | | | | | | | | |
| **American Warehouses, Ltd.** P O Box 223 Houston, TX 77001 | | - | | | | | | 271.00 |
| __10__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | 13,671.99 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **SulphCo, Inc., a Nevada Corporation** _____,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| AON Risk Services, Inc. of New York Attn Peter Eich P O Box 7247 - 7376 Philadelphia, PA 19170-7376 | - | | | | | | | 4,787.66 |
| Account No. | | | | 2004-2005 Late Registration Penalty & Accrued Interest | | | | |
| BL Cubed LLC c/o Wolfson Group One State Street Plaza, 29th Floor New York, NY 10004 | - | | | | | | | 61,471.81 |
| Account No. | | | | | | | | |
| CCH P O Box 4307 Carol Stream, IL 60197-4307 | - | | | | | | | 4,257.60 |
| Account No. | | | | | | | | |
| Chambers, M. Clay 55 Redbud Ridge Place Spring, TX 77380 | - | | | | | | | 34,801.68 |
| Account No. | | | | | | | | |
| Charter Pest Control Service P O Box 6581 Katy, TX 77491 | - | | | | | | | 140.72 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        105,459.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **SulphCo, Inc., a Nevada Corporation**                                    Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2004-2005 Late Registration Penalty & Accrued Interest | | | | |
| Chill, Michael c/o Roth Capital Partners 730 Fifth Avenue, 25th Floor New York, NY 10019 | - | | | | | | 3,266.58 |
| Account No. | | | | | | | |
| CITOC, Inc. 21175 Tomball Parkway, Suite 407 Houston, TX 77070 | - | | | | | | 2,110.60 |
| Account No. | | | | | | | |
| City of Houston ARA Alarm Administration P O Box 203887 Houston, TX 77216-3887 | - | | | | | | 125.00 |
| Account No. | | | | | | | |
| Conference Plus, Inc. 8153 Solutions Center Chicago, IL 60677-8001 | - | | | | | | 131.00 |
| Account No. | | | 2004-2005 Late Registration Penalty & Accrued Interest | | | | |
| Cranshire Capital LP 666 Dundee Road Northbrook, IL 60062-2727 | - | | | | | | 61,471.81 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    67,104.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **SulphCo, Inc., a Nevada Corporation**                                    Case No. _____
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2004-2005 Late Registration Penalty & Accrued Interest | | | | |
| Daly, Brian c/o Rockmore Capital 150 East 58th Street 28th Floor New York, NY 10155 | - | | | | | | 5,068.33 |
| Account No. | | | | | | | |
| Dulsco, LLC P O Box 637 Fugairah Port Fujairah, United Arab Emirates | - | | | | | | 7,213.54 |
| Account No. | | | | | | | |
| Enterprise Products Operating LLC P O Box 972866 Dallas, TX 75397-2866 | - | | | | | | 17,265.00 |
| Account No. | | | | | | | |
| Farmer, Stanley W. 13418 N. Bend Landing Cypress, TX 77429 | - | | | | | | 43,144.23 |
| Account No. | | | | | | | |
| Federal Express Attn: Revenue Recovery / Bankruptcy 3965 Airways Blvd Module G 3rd Floor Memphis, TN 38116 | - | | | | | | 17.24 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               72,708.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **SulphCo, Inc., a Nevada Corporation**                                    Case No. _____
_____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Genesys Conferencing Department 0938 Denver, CO 80256 | - | | | | | | | 128.46 |
| **Account No.** | | | | Past due rents and other charges | | | | |
| GK Fund II, Clay Crossing MSC 260 P O Box 29048 Phoenix, AZ 85038 | - | | | | | | | 25,732.00 |
| **Account No.** | | | | 2004-2005 Late Registration Penalty & Accrued Interest | | | | |
| Guzik, Sam c/o Guzik & Associates 1875 Century Park East Suite 700 Los Angeles, CA 90067 | - | | | | | | | 32,444.04 |
| **Account No.** | | | | | | | | |
| Hassler, Robert J. 142 E. Bracebridge Circle Spring, TX 77382 | - | | | | | | | 8,750.01 |
| **Account No.** | | | | | | | | |
| Hauksson, Orri Vatnsstigur 15 Apartment #101 101 Reykjavik, Iceland | - | | | | | | | 3,750.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          70,804.51

B6F (Official Form 6F) (12/07) - Cont.

In re __SulphCo, Inc., a Nevada Corporation_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** | | | | | | | | |
| Industrial Sonomechanics, LLC Attn Alexey Peshkovsky 701 W. 184th Street, #5K New York, NY 10033 | - | | | | | | | 25,000.00 |
| **Account No.** | | | | | | | | |
| Integrity Stock Transfer 3265 E. Warm Springs Road Las Vegas, NV 89120 | - | | | | | | | 700.00 |
| **Account No.** | | | | | | | | |
| K&L Gates LLP 599 Lexington Avenue New York, NY 10022-6030 | - | | | | | | | 48,272.47 |
| **Account No.** | | | | 2005-2005 Late Registration Penalty & Accrued Interest | | | | |
| Kaufman, John 1600 South Ocen Blvd. Unit 1203 Lauderdale by the Sea, FL 33062 | - | | | | | | | 8,166.51 |
| **Account No.** | | | | Copier lease arrearage | | | | |
| Key Equipment Finance P O Box 74713 Cleveland, OH 44194-0796 | - | | | | | | | 300.86 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **82,439.84**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SulphCo, Inc., a Nevada Corporation**                                                            Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Kilpatrick Townsend & Stockton LLP <br> Two Embarcadero Center 8th Floor <br> San Francisco, CA 94111-3834 | - | | | | | | | 14,620.56 |
| Account No. <br><br> Logix Communication <br> P O Box 3608 <br> Houston, TX 77253-3608 | - | | | | | | | 780.55 |
| Account No. <br><br> Manela, Jonathon <br> c/o Rainmaker Associates <br> 350 7th Avenue Suite 900 <br> New York, NY 10001 | - | | | 2004-2005 <br> Late Registration Penalty & Accrued Interest | | | | 3,266.58 |
| Account No. <br><br> MaxiClean <br> 1516 Kowis St. <br> Houston, TX 77093 | - | | | | | | | 351.81 |
| Account No. <br><br> Mesa Mechanical Inc. <br> 3514 Pinemont <br> Houston, TX 77018 | - | | | | | | | 798.89 |

| | |
|---|---|
| Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page)  **19,818.39** |

B6F (Official Form 6F) (12/07) - Cont.

In re   __SulphCo, Inc., a Nevada Corporation_____,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Telephone equipment lease arrearage | | | | |
| NEC Financial Services, LLC<br>P O Box 100558<br>Pasadena, CA 91189-0558 | - | | | | | | | 636.97 |
| Account No. | | | | | | | | |
| NYSE Market, Inc.<br>Box #4006<br>P O Box #8500<br>Philadelphia, PA 19178-4006 | - | | | | | | | 45,000.00 |
| Account No. | | | | 2004-2005<br>Late Registration Penalty & Accrued Interest | | | | |
| Omicron Master Trust<br>c/o Olympia Capital International Inc<br>Williams House<br>20 Reid Street<br>Hamilton HM11 Bermuda | - | | | | | | | 41,198.36 |
| Account No. | | | | | | | | |
| Phonoscope Services, Inc.<br>6015 Westline Drive<br>Houston, TX 77036 | - | | | | | | | 539.19 |
| Account No. | | | | | | | | |
| Protection One<br>P O Box 5714<br>Carol Stream, IL 60197-5714 | - | | | | | | | 105.86 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **87,480.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SulphCo, Inc., a Nevada Corporation**                                Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Reliant Energy**<br>**P O Box 650475**<br>**Dallas, TX 75265-0475** | - | | | | | | | 3,806.51 |
| Account No.<br><br>**Republic Services**<br>**P O Box 78829**<br>**Phoenix, AZ 85062-8829** | - | | | | | | | 156.71 |
| Account No.<br><br>**Ryan, Larry**<br>**22214 Indigo Pines Lane**<br>**Katy, TX 77450** | - | | | | | | | 12,500.00 |
| Account No.<br><br>**Schafran, Larry G.**<br>**54 Riverside Drive**<br>**New York, NY 10024** | - | | | | | | | 8,750.01 |
| Account No.<br><br>**Sethi, Hardip K.**<br>**44 Yellow Brick Road**<br>**Wayne, NJ 07470** | - | | | **2004-2005**<br>**Late Registration Penalty & Accrued Interest** | | | | 12,294.30 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 37,507.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **SulphCo, Inc., a Nevada Corporation**                                    Case No. _____
_____,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Shred It Houston 10560 Bissonnet St., Suite 190 Houston, TX 77099 | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| Slatin, Nancy 9224 rodney Ray Blvd., Unit 11 Houston, TX 77040 | - | | | | | | | 1,055.00 |
| Account No. | | | | 2004-2005 Late Registration Penalty & Accrued Interest | | | | |
| Smithfield Fiduciary c/o Harmonic Fund The Cayman Corporate Centre, 4th Floor 27 Hospital Road Grand Cayman, Cayman Islands British West Indies | - | | | | | | | 122,942.96 |
| Account No. | | | | Refundable Deposit | | | | |
| SulphCo Korasia, Inc. #2-705 AceHigh TechCity Munrae-dong 3ga Youngdeungpo-gu, Seoul Korea 150-834 | - | | | | X | X | X | 550,000.00 |
| Account No. | | | | | | | | |
| T-MOBILE P O Box 660252 Dallas, TX 75266-0252 | - | | | | | | | 682.57 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    674,780.53

B6F (Official Form 6F) (12/07) - Cont.

In re   **SulphCo, Inc., a Nevada Corporation**         Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| van Maasdijk, Robert<br>26th Floor Centre Point<br>103 New Oxford Street<br>London WC1A 1DD United Kingdom | - | | | | | | | | 4,374.99 |
| Account No. | | | | | 2004-2005<br>Late Registration Penalty & Accrued Interest | | | | |
| Wolfson, Aaron<br>Wolfson Group<br>One State Street Plaza 29th Floor<br>New York, NY 10004 | - | | | | | | | | 46,103.86 |
| Account No. | | | | | 2004-2005<br>Late Registration Penalty & Accrued Interest | | | | |
| Wolfson, Morris<br>Wolfson Group<br>One State Street Plaza 29th Floor<br>New York, NY 10004 | - | | | | | | | | 46,103.86 |
| Account No. | | | | | | | | | |
| Zeidman, Fred S.<br>Four Oaks Place<br>1330 Post Oak Blvd., Suite 1550<br>Houston, TX 77056 | - | | | | | | | | 11,250.00 |
| Account No. | | | | | | | | | |
| Zeno Imaging<br>1080 W. Sam Houston Pkwy. N., Suite 120<br>Houston, TX 77043 | - | | | | | | | | 267.61 |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
    (Total of this page)       **108,100.32**

             Total
(Report on Summary of Schedules)     **1,339,876.29**

B6G (Official Form 6G) (12/07)

In re    **SulphCo, Inc., a Nevada Corporation**                              Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GKII Clay Crossing, LP**<br>6633 Portwest Drive, Suite 110<br>Houston, TX 77024 | **Tenant, Non-Residential Real Estate lease dated May 21, 2007, amended October 13, 2009; 12,000 square feet commercial real estate located at 4333 W. Sam Houston Parkway N., Suite 190, Houston, TX 77043 and 12,350 square feet commercial real estate located at 11335 Clay Road, Suite 160, Houston, TX 77041. Lease Term: July 1, 2007 extended to June 30, 2013. $20,000 per mo, plus taxes, CAM, and bulding maintenance** |
| **Industrial Sonomechanics LLC**<br>1505 St. Nicholas Avenue, Suite 5B<br>New York, NY 10033 | **License Agreement dated November 9, 2007** |
| **Key Equipment Finance**<br>600 Travis St., Suite 1300<br>Houston, TX 77002 | **Ricoh MPC 2500 SPF copier lease dated July 6, 2007. Term: April 25, 2007 to April 25, 2012. 60 months @ $235 per month; 59 months @ $42.93 per month.** |
| **M. Clay Chambers**<br>55 Redbud Ridge Place<br>Spring, TX 77380 | **Employment Agreement dated February 6, 2008** |
| **Markisches Werk GmbH**<br>Haus Heide 21<br>D-58543 Halver<br>Germany | **Development and Manufacturing Agreement dated June 27, 2008, and Addendum dated January 19, 2011, effective for 5 years, terminating June 26, 2013.** |
| **NEC Financial Services, LLC**<br>1 Park 80 Plaza West, Suite 309<br>Saddle Brook, NJ 07663-5806 | **Phone System Lease NEC SV8100 System dated November 17, 2009. Term: November 2009 to November 2012. 36 months @ $588.43 per month, equipment lease with 15% purchase option at end of the lease.** |
| **Stanley W. Farmer**<br>13418 N. Bend Landing<br>Cypress, TX 77429 | **Employment Agreement dated May 17, 2007.** |
| **SulphCo Korasia, Inc.**<br>#2-705 AceHigh TechCity<br>Munrae-dong 3ga<br>Youngdeungpo-gu, Seoul<br>Korea 150-834 | **Agreement dated February 22, 2005 whereby SulphCo shall sell to OIL-SC equipment for a Sonocracking Pilot Plan. SulphCo Korasia, Inc. is successor in interest to OIL-SC.** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **SulphCo, Inc., a Nevada Corporation**                             Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 – Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   <u>SulphCo, Inc., a Nevada Corporation</u>              Case No.   _____

                                     Debtor(s)           Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **23**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   <u>9-16-11</u>         Signature   _Stanley W. Farmer_____

                                          **Stanley W. Farmer**
                                          **President and Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Texas

In re    **SulphCo, Inc., a Nevada Corporation**                 Case No.

                                        Debtor(s)                   Chapter      7

# STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $0.00 | Year to date 2011: |
| $0.00 | 2010 |
| $0.00 | 2009 |

---

**2. Income other than from employment or operation of business**

None
■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

              AMOUNT                      SOURCE

2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit SOFA 3B** | | **$0.00** | **$0.00** |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached exhibits "SOFA 3C and 23"** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

SulphCo, Inc. - New

## Cash Disbursements Journal

For the Period From Jun 15, 2011 to Sep 15, 2011

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 6/15/11 | 6872 | 200001010000001 | Invoice: 61511 | 3,200.00 | |
| 6/15/11 | 6872 | 100371010000001 | Stacy W. Hoy IV | | 3,200.00 |
| 6/15/11 | ACH158 | 200001010000001 | Invoice: 6152011 | 916.67 | |
| 6/15/11 | ACH158 | 100371010000001 | American Funds Investment | | 916.67 |
| 6/15/11 | WT787 | 200001010000001 | Invoice: 2372377 | 10,575.43 | |
| 6/15/11 | WT787 | 100371010000001 | K&L Gates LLP | | 10,575.43 |
| 6/17/11 | 6873 | 200001010000001 | Invoice: 61711 | 2,400.00 | |
| 6/17/11 | 6873 | 100371010000001 | David Ramage | | 2,400.00 |
| 6/21/11 | WT786 | 200001010000001 | Invoice: 61711 | 7,137.06 | |
| 6/21/11 | WT786 | 100371010000001 | Chardan Capital Markets, LLC | | 7,137.06 |
| 6/27/11 | 6-22 GENJ | 120001010000001 | Record wire to Administaff on 6/27/11 for Payroll FPE 6/30/11 | 32,757.13 | |
| 6/27/11 | 6-22 GENJ | 100371010000001 | Record wire to Administaff on 6/27/11 for Payroll FPE 6/30/11 | | 32,757.13 |
| 6/23/11 | 6874 | 200001010000001 | Invoice: 62311 | 640.00 | |
| 6/23/11 | 6874 | 100371010000001 | Stacy W. Hoy IV | | 640.00 |
| 6/23/11 | 6875 | 200001010000001 | Invoice: 56761 | 7,500.00 | |
| 6/23/11 | 6875 | 100371010000001 | MFR, P.C. | | 7,500.00 |
| 6/23/11 | 6876 | 200001010000001 | Invoice: 62411 | 2,400.00 | |
| 6/23/11 | 6876 | 100371010000001 | David Ramage | | 2,400.00 |
| 6/30/11 | 6-7 GENJ | 652101010000001 | Service Charge | 241.77 | |
| 6/30/11 | 6-7 GENJ | 100371010000001 | Service Charge | | 241.77 |
| 6/30/11 | 6877 | 200001010000001 | Invoice: 8068 | 270.62 | |
| 6/30/11 | 6877 | 100371010000001 | Charter Pest Control Service | | 270.62 |
| 6/30/11 | 6878 | 200001010000001 | Invoice: 62211 | 123.91 | |
| 6/30/11 | 6878 | 100371010000001 | Stanley W. Farmer | | 123.91 |
| 6/30/11 | 6879 | 200001010000001 | Invoice: 7-523-18129 | 25.27 | |
| 6/30/11 | 6879 | 100371010000001 | FEDERAL EXPRESS | | 25.27 |
| 6/30/11 | 6880 | 200001010000001 | Invoice: 1-975991 | 340.83 | |
| 6/30/11 | 6880 | 100371010000001 | Genesys Conferencing | | 340.83 |
| 6/30/11 | 6881 | 200001010000001 | Invoice: 0611GNW744157 | 544.05 | |
| 6/30/11 | 6881 | 100371010000001 | GlobeNewswire | | 544.05 |
| 6/30/11 | 6882 | 200001010000001 | Invoice: 6111 | 93.80 | |
| 6/30/11 | 6882 | 100371010000001 | Harris County Tax Assessor | | 93.80 |
| 6/30/11 | 6883 | 200001010000001 | Invoice: 6111 | 2,916.67 | |
| 6/30/11 | 6883 | 100371010000001 | Robert Hassler | | 2,916.67 |
| 6/30/11 | 6884 | 200001010000001 | Invoice: 27704 | 80.00 | |
| 6/30/11 | 6884 | 100371010000001 | Integrity Stock Transfer | | 80.00 |
| 6/30/11 | 6885 | 200001010000001 | Invoice: 591185618 1107 | 254.39 | |
| 6/30/11 | 6885 | 200001010000001 | Invoice: 591185618 2107 | 46.47 | |

EXHIBIT SOFA 3B

9/13/2011 at 6:09 PM

Page: 1

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|------------|------------------|-------------:|--------------:|
| 6/30/11 | 6885 | 100371010000001 | Key Equipment Finance | | 300.86 |
| 6/30/11 | 6886 | 200001010000001 | Invoice: 61411 | 764.90 | |
| 6/30/11 | 6886 | 100371010000001 | Logix Communications | | 764.90 |
| 6/30/11 | 6887 | 200001010000001 | Invoice: 0001446513 | 636.97 | |
| 6/30/11 | 6887 | 100371010000001 | NEC Financial Services, LLC | | 636.97 |
| 6/30/11 | 6888 | 200001010000001 | Invoice: 28199 | 539.19 | |
| 6/30/11 | 6888 | 100371010000001 | Phonoscope Services, Inc. | | 539.19 |
| 6/30/11 | 6889 | 200001010000001 | Invoice: 6211 | 52.93 | |
| 6/30/11 | 6889 | 100371010000001 | Protection One | | 52.93 |
| 6/30/11 | 6890 | 200001010000001 | Invoice: 6111 | 2,916.67 | |
| 6/30/11 | 6890 | 100371010000001 | Larry Schafran | | 2,916.67 |
| 6/30/11 | 6891 | 200001010000001 | Invoice: 56636970 | 106.73 | |
| 6/30/11 | 6891 | 100371010000001 | Shred It Houston | | 106.73 |
| 6/30/11 | 6892 | 200001010000001 | Invoice: 61411 | 932.43 | |
| 6/30/11 | 6892 | 100371010000001 | T-MOBILE | | 932.43 |
| 6/30/11 | 6893 | 200001010000001 | Invoice: 1-203014 | 441.00 | |
| 6/30/11 | 6893 | 200001010000001 | Invoice: 1-206688 | 147.00 | |
| 6/30/11 | 6893 | 200001010000001 | Invoice: 1-207229 | 543.00 | |
| 6/30/11 | 6893 | 200001010000001 | Invoice: 1-207313 | 246.00 | |
| 6/30/11 | 6893 | 200001010000001 | Invoice: 1-207958 | 135.00 | |
| 6/30/11 | 6893 | 100371010000001 | Vintage Filings, LLC | | 1,512.00 |
| 6/30/11 | 6894 | 200001010000001 | Invoice: 6111 | 3,750.00 | |
| 6/30/11 | 6894 | 100371010000001 | Fred Zeidman | | 3,750.00 |
| 6/30/11 | 6895 | 200001010000001 | Invoice: AR144079 | 68.97 | |
| 6/30/11 | 6895 | 200001010000001 | Invoice: AR144124 | 10.01 | |
| 6/30/11 | 6895 | 200001010000001 | Invoice: AR144723 | 94.05 | |
| 6/30/11 | 6895 | 100371010000001 | Zeno Imaging | | 173.03 |
| 6/30/11 | 6896 | 200001010000001 | Invoice: 107388779 | 314.96 | |
| 6/30/11 | 6896 | 100371010000001 | Airgas Southwest. Inc. | | 314.96 |
| 6/30/11 | ACH159 | 200001010000001 | Invoice: 6302011 | 916.67 | |
| 6/30/11 | ACH159 | 100371010000001 | American Funds Investment | | 916.67 |
| 6/30/11 | WT789 | 200001010000001 | Invoice: 6111 | 2,500.00 | |
| 6/30/11 | WT789 | 100371010000001 | Orri Hauksson | | 2,500.00 |
| 6/30/11 | WT790 | 200001010000001 | Invoice: 6111 | 2,916.67 | |
| 6/30/11 | WT790 | 100371010000001 | Robert van Maasdijk | | 2,916.67 |
| 7/1/11 | 6897 | 200001010000001 | Invoice: 2011-7 | 25,732.00 | |
| 7/1/11 | 6897 | 100371010000001 | GK Fund II, Clay Crossing | | 25,732.00 |
| 7/6/11 | 6898 | 200001010000001 | Invoice: 060111-9 | 860.59 | |
| 7/6/11 | 6898 | 200001010000001 | Invoice: 070111-8 | 97.43 | |
| 7/6/11 | 6898 | 100371010000001 | MaxiClean | | 958.02 |
| 7/6/11 | 6899 | 200001010000001 | Invoice: 135694 | 7,500.00 | |
| 7/6/11 | 6899 | 100371010000001 | Hein & Associates LLP | | 7,500.00 |

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|------------------|-------------|---------------|
| 7/12/11 | 7-19 GENJ | 120001010000001 | Record wire to Administaff on 7/12/11 for payroll fpe 7/15/11 | 33,708.84 | |
| 7/12/11 | 7-19 GENJ | 100371010000001 | Record wire to Administaff on 7/12/11 for payroll fpe 7/15/11 | | 33,708.84 |
| 7/15/11 | 6900 | 200001010000001 | Invoice: 62811 | 11,373.31 | |
| 7/15/11 | 6900 | 200001010000001 | Invoice: 71411 | 590.00 | |
| 7/15/11 | 6900 | 100371010000001 | American Express - NEW Acct | | 11,963.31 |
| 7/15/11 | 6901 | 100371010000001 | VOID | | |
| 7/15/11 | 6902 | 200001010000001 | Invoice: 113437 | 750.00 | |
| 7/15/11 | 6902 | 100371010000001 | American Warehouses, Ltd. | | 750.00 |
| 7/15/11 | 6903 | 200001010000001 | Invoice: 32172 | 496.87 | |
| 7/15/11 | 6903 | 200001010000001 | Invoice: 32277 | 971.00 | |
| 7/15/11 | 6903 | 100371010000001 | CITOC, Inc. | | 1,467.87 |
| 7/15/11 | 6904 | 200001010000001 | Invoice: 1-985690 | 201.89 | |
| 7/15/11 | 6904 | 100371010000001 | Genesys Conferencing | | 201.89 |
| 7/15/11 | 6905 | 200001010000001 | Invoice: 0711GNW772400 | 1,632.15 | |
| 7/15/11 | 6905 | 100371010000001 | GlobeNewswire | | 1,632.15 |
| 7/15/11 | 6906 | 200001010000001 | Invoice: 42016 | 350.00 | |
| 7/15/11 | 6906 | 100371010000001 | Integrity Stock Transfer | | 350.00 |
| 7/15/11 | 6907 | 200001010000001 | Invoice: 401406 | 682.57 | |
| 7/15/11 | 6907 | 100371010000001 | Mesa Mechanical Inc. | | 682.57 |
| 7/15/11 | 6908 | 200001010000001 | Invoice: 63011 | 52.93 | |
| 7/15/11 | 6908 | 100371010000001 | Protection One | | 52.93 |
| 7/15/11 | 6909 | 200001010000001 | Invoice: 0853-002053683 | 157.91 | |
| 7/15/11 | 6909 | 100371010000001 | Republic Services | | 157.91 |
| 7/15/11 | 6910 | 200001010000001 | Invoice: AR148067 | 65.03 | |
| 7/15/11 | 6910 | 100371010000001 | Zeno Imaging | | 65.03 |
| 7/15/11 | ACH160 | 200001010000001 | Invoice: 63011 | 3,250.00 | |
| 7/15/11 | ACH160 | 200001010000001 | Invoice: 71411 | 243.75 | |
| 7/15/11 | ACH160 | 100371010000001 | INTERNAL REVENUE SERVICE | | 3,493.75 |
| 7/15/11 | WT792 | 200001010000001 | Invoice: 2388324 | 12,191.05 | |
| 7/15/11 | WT792 | 100371010000001 | K&L Gates LLP | | 12,191.05 |
| 7/19/11 | 6911 | 200001010000001 | Invoice: 71911 | 7,994.00 | |
| 7/19/11 | 6911 | 100371010000001 | Holcomb Oil Recycling | | 7,994.00 |
| 7/20/11 | 6912 | 200001010000001 | Invoice: 72011 | 400.00 | |
| 7/20/11 | 6912 | 100371010000001 | Parfait Miakatsindila | | 400.00 |
| 7/21/11 | 6913 | 200001010000001 | Invoice: 72111 | 240.00 | |
| 7/21/11 | 6913 | 100371010000001 | David Ramage | | 240.00 |
| 7/25/11 | 7-20 GENJ | 120001010000001 | Record wire to Administaff For payroll - 7/29/11 period ending | 33,870.30 | |
| 7/25/11 | 7-20 GENJ | 100371010000001 | Record wire to Administaff For payroll - 7/29/11 period ending | | 33,870.30 |
| 7/29/11 | 6914 | 200001010000001 | Invoice: 512163900 | 172.52 | |
| 7/29/11 | 6914 | 100371010000001 | ADT Security Services, Inc. | | 172.52 |
| 7/29/11 | 6915 | 200001010000001 | Invoice: 7811 | 115.92 | |
| 7/29/11 | 6915 | 100371010000001 | Stanley W. Farmer | | 115.92 |

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|------------|-----------------|-------------:|--------------:|
| 7/29/11 | 6916 | 200001010000001 | Invoice: 5911856181108 | 254.39 | |
| 7/29/11 | 6916 | 200001010000001 | Invoice: 5911856182108 | 46.47 | |
| 7/29/11 | 6916 | 100371010000001 | Key Equipment Finance | | 300.86 |
| 7/29/11 | 6917 | 200001010000001 | Invoice: 71411 | 764.61 | |
| 7/29/11 | 6917 | 100371010000001 | Logix Communications | | 764.61 |
| 7/29/11 | 6918 | 200001010000001 | Invoice: 0001453529 | 636.97 | |
| 7/29/11 | 6918 | 100371010000001 | NEC Financial Services, LLC | | 636.97 |
| 7/29/11 | 6919 | 200001010000001 | Invoice: 28697 | 539.19 | |
| 7/29/11 | 6919 | 100371010000001 | Phonoscope Services, Inc. | | 539.19 |
| 7/29/11 | 6920 | 200001010000001 | Invoice: 137002672737 | 2,312.59 | |
| 7/29/11 | 6920 | 100371010000001 | Reliant Energy | | 2,312.59 |
| 7/29/11 | 6921 | 200001010000001 | Invoice: 176002155249 | 635.52 | |
| 7/29/11 | 6921 | 100371010000001 | Reliant Energy | | 635.52 |
| 7/29/11 | 6922 | 200001010000001 | Invoice: 56631631 | 50.00 | |
| 7/29/11 | 6922 | 100371010000001 | Shred It Houston | | 50.00 |
| 7/29/11 | 6923 | 200001010000001 | Invoice: 71411 | 763.24 | |
| 7/29/11 | 6923 | 100371010000001 | T-MOBILE | | 763.24 |
| 7/29/11 | 6924 | 200001010000001 | Invoice: AR148966 | 99.01 | |
| 7/29/11 | 6924 | 100371010000001 | Zeno Imaging | | 99.01 |
| 7/29/11 | 6925 | 200001010000001 | Invoice: 72911 | 306.37 | |
| 7/29/11 | 6925 | 100371010000001 | MIKE ABEND | | 306.37 |
| 7/29/11 | 6926 | 200001010000001 | Invoice: 72911 | 144.83 | |
| 7/29/11 | 6926 | 100371010000001 | Nancy Slatin | | 144.83 |
| 7/31/11 | 7-7 GENJ | 652210010000001 | Service Charge | 154.56 | |
| 7/31/11 | 7-7 | 100371010000001 | Service Charge | | 154.56 |
| 8/8/11 | 8-19 GENJ | 120001010000001 | Record wire to Administaff for 8-15-11 payroll | 33,708.84 | |
| 8/8/11 | 8-19 GENJ | 100371010000001 | Record wire to Administaff for 8-15-11 payroll | | 33,708.84 |
| 8/9/11 | 8-7 GENJ | 652210010000001 | Record Citibank service charge | 62.55 | |
| 8/9/11 | 8-7 GENJ | 100371010000001 | Record Citibank service charge | | 62.55 |
| 8/12/11 | 6927 | 200001010000001 | Invoice: 72811 | 505.04 | |
| 8/12/11 | 6927 | 100371010000001 | American Express - NEW Acct | | 505.04 |
| 8/12/11 | 6928 | 200001010000001 | Invoice: 1-993804 | 324.32 | |
| 8/12/11 | 6928 | 100371010000001 | Genesys Conferencing | | 324.32 |
| 8/12/11 | 6929 | 200001010000001 | Invoice: 080111-8 | 351.81 | |
| 8/12/11 | 6929 | 100371010000001 | MaxiClean | | 351.81 |
| 8/12/11 | 6930 | 200001010000001 | Invoice: 113004503049 | 2,196.88 | |
| 8/12/11 | 6930 | 100371010000001 | Reliant Energy | | 2,196.88 |
| 8/12/11 | 6931 | 200001010000001 | Invoice: 0853-002100552 | 156.76 | |
| 8/12/11 | 6931 | 100371010000001 | Republic Services | | 156.76 |
| 8/23/11 | 8-20 GENJ | 120001010000001 | Record wire to Administaff for 8-31-11 pay period | 33,870.30 | |
| 8/23/11 | 8-20 GENJ | 100371010000001 | Record wire to Administaff for 8-31-11 pay period | | 33,870.30 |
| 8/24/11 | CC100 | 200001010000001 | Invoice: 2011-8 | 25,732.00 | |

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|-----------------|-------------|---------------|
| 8/24/11 | CC100 | 200001010000001 | Invoice: 081911 | 1,286.60 | |
| 8/24/11 | CC100 | 100371010000001 | GK Fund II, Clay Crossing | | 27,018.60 |
| 8/31/11 | 6933 | 200001010000001 | Invoice: 34283 | 971.00 | |
| 8/31/11 | 6933 | 200001010000001 | Invoice: 34049 | 496.87 | |
| 8/31/11 | 6933 | 100371010000001 | CITOC, Inc. | | 1,467.87 |
| 9/7/11 | 6934 | 200001010000001 | Invoice: 082811 | 249.41 | |
| 9/7/11 | 6934 | 200001010000001 | Invoice: 9411 | 113.51 | |
| 9/7/11 | 6934 | 100371010000001 | American Express - NEW Acct | | 362.92 |
| 9/7/11 | 6935 | 200001010000001 | Invoice: 1-212432 | 458.00 | |
| 9/7/11 | 6935 | 100371010000001 | Vintage Filings, LLC | | 458.00 |
| | Total | | | 341,388.92 | 341,388.92 |

SulphCo, Inc. - New

## Cash Disbursements Journal - Stanley Farmer

For the Period From September 1, 2010 to September 15, 2011

Name:    Stanley W. Farmer
Title:      President, Chief Financial Officer, Treasurer and Corporate Secretary
Address:  13418 North Bend Landing
          Cypress, TX  77429

| Date | Check # | Line Description | Salary payments from Insperity | Expense reimbursement |
|---|---|---|---|---|
| 9/15/10 | | Stanley  W. Farmer | 10,416.67 | |
| 9/30/10 | | Stanley  W. Farmer | 10,416.67 | |
| 10/15/10 | | Stanley  W. Farmer | 10,416.67 | |
| 10/29/10 | | Stanley  W. Farmer | 10,416.67 | |
| 11/15/10 | | Stanley  W. Farmer | 10,416.67 | |
| 11/15/10 | 6502 | Stanley  W. Farmer | | 310.48 |
| 11/30/10 | | Stanley  W. Farmer | 10,416.67 | |
| 12/15/10 | | Stanley  W. Farmer | 10,416.67 | |
| 12/29/10 | 6583 | Stanley  W. Farmer | | 318.68 |
| 12/31/10 | | Stanley  W. Farmer | 10,416.67 | |
| 1/14/11 | | Stanley  W. Farmer | 10,416.67 | |
| 1/14/11 | 6606 | Stanley  W. Farmer | | 85.60 |
| 1/31/11 | | Stanley  W. Farmer | 10,416.67 | |
| 2/15/11 | | Stanley  W. Farmer | 10,416.67 | |
| 2/28/11 | | Stanley  W. Farmer | 10,416.67 | |
| 2/28/11 | 6681 | Stanley  W. Farmer | | 253.90 |
| 3/15/11 | | Stanley  W. Farmer | 10,416.67 | |
| 3/31/11 | | Stanley  W. Farmer | 10,416.67 | |
| 3/31/11 | 6737 | Stanley  W. Farmer | | 126.95 |
| 4/15/11 | | Stanley  W. Farmer | 10,416.67 | |
| 4/29/11 | | Stanley  W. Farmer | 10,416.67 | |
| 4/29/11 | 6790 | Stanley  W. Farmer | | 130.39 |
| 5/13/11 | | Stanley  W. Farmer | 10,416.67 | |
| 5/31/11 | | Stanley  W. Farmer | 10,416.67 | |
| 5/31/11 | 6840 | Stanley  W. Farmer | | 153.11 |
| 6/15/11 | | Stanley  W. Farmer | 10,416.67 | |
| 6/30/11 | | Stanley  W. Farmer | 10,416.67 | |
| 6/30/11 | 6878 | Stanley  W. Farmer | | 123.91 |
| 7/15/11 | | Stanley  W. Farmer | 10,416.67 | |
| 7/29/11 | | Stanley  W. Farmer | 10,416.67 | |
| 7/29/11 | 6915 | Stanley  W. Farmer | | 115.92 |
| 8/15/11 | | Stanley  W. Farmer | 10,416.67 | |
| 8/31/11 | | Stanley  W. Farmer | 10,416.67 | |
| 9/15/11 | | Stanley  W. Farmer | 10,416.67 | |
| | Total | | $260,416.75 | $1,618.94 |



EXHIBIT
SOFA
Sec.23

SulphCo, Inc. - New
## Cash Disbursements Journal - Florian Schattenmann
For the Period From September 1, 2010 to September 15, 2011

Name:        Florian Schattenmann
Title:         Vice President and Chief Technology Officer
Address:    5004 Warblers Way Drive
                Midland, MI 48640

Final employment date: 11/30/2010

| Date | Check # | Line Description | Salary payments from Insperity | Expense reimbursement |
|------|---------|------------------|-------------------------------|----------------------|
| 9/15/10 | | Florian Schattenmann | 9,375.00 | |
| 9/30/10 | | Florian Schattenmann | 9,375.00 | |
| 9/30/10 | 6429 | Florian Schattenmann | | 333.51 |
| 10/15/10 | | Florian Schattenmann | 9,375.00 | |
| 10/29/10 | | Florian Schattenmann | 9,375.00 | |
| 11/15/10 | | Florian Schattenmann | 9,375.00 | |
| 11/15/10 | 6522 | Florian Schattenmann | | 151.28 |
| 11/30/10 | | Florian Schattenmann | 22,301.32 | |
| | Total | | $69,176.32 | $484.79 |

## Cash Disbursements Journal -Lyan Ryan
### For the Period From September 1, 2010 to September 15, 2011

Name:    Larry Ryan
Title:    Chief Executive Officer and Director
Address:    22214 Indigo Pines Lane
          Katy, TX  77450

Final employment date: 1/11/2011

| Date | Check # | Line Description | Salary payments from Insperity | Expense reimbursement | Director Fees |
|------|---------|------------------|-------------------------------:|----------------------:|--------------:|
| 9/15/10 | | Larry Ryan | 12,500.00 | | |
| 9/30/10 | | Larry Ryan | 12,500.00 | | |
| 10/15/10 | | Larry Ryan | 12,500.00 | | |
| 10/15/10 | 6460 | Larry Ryan | | 942.65 | |
| 10/29/10 | | Larry Ryan | 12,500.00 | | |
| 11/15/10 | | Larry Ryan | 12,500.00 | | |
| 11/30/10 | | Larry Ryan | 12,500.00 | | |
| 12/15/10 | | Larry Ryan | 12,500.00 | | |
| 12/31/10 | | Larry Ryan | 12,500.00 | | |
| 1/14/11 | | Larry Ryan | 65,769.19 | | |
| 4/15/11 | 6781 | Larry Ryan | | | 20,000.00 |
| | Total | | $165,769.19 | $942.65 | $20,000.00 |

SulphCo, Inc. - New

Cash Disbursements Journal - M. Clay Chambers

For the Period From September 1, 2010 to September 15, 2011

Name:     M Clay Chambers
Title:      Chief Operating Officer
Address:  55 Redbud Ridge Place
             The Woodlands, TX 77380

| Date | Check # | Line Description | Salary payments from Insperity | Expense reimbursement |
|------|---------|------------------|-------------------------------|-----------------------|
| 9/15/10 | | M Clay Chambers | 10,416.67 | |
| 9/30/10 | | M Clay Chambers | 10,416.67 | |
| 9/30/10 | 6428 | M Clay Chambers | | 321.09 |
| 10/15/10 | | M Clay Chambers | 10,416.67 | |
| 10/29/10 | | M Clay Chambers | 10,416.67 | |
| 11/15/10 | | M Clay Chambers | 10,416.67 | |
| 11/30/10 | | M Clay Chambers | 10,416.67 | |
| 12/15/10 | | M Clay Chambers | 10,416.67 | |
| 12/31/10 | | M Clay Chambers | 10,416.67 | |
| 1/14/11 | | M Clay Chambers | 10,416.67 | |
| 1/31/11 | | M Clay Chambers | 10,416.67 | |
| 2/15/11 | | M Clay Chambers | 10,416.67 | |
| 2/28/11 | | M Clay Chambers | 10,416.67 | |
| 3/15/11 | | M Clay Chambers | 10,416.67 | |
| 3/31/11 | | M Clay Chambers | 10,416.67 | |
| 4/15/11 | | M Clay Chambers | 10,416.67 | |
| 4/29/11 | | M Clay Chambers | 10,416.67 | |
| 5/13/11 | | M Clay Chambers | 10,416.67 | |
| 5/31/11 | | M Clay Chambers | 10,416.67 | |
| 6/15/11 | | M Clay Chambers | 10,416.67 | |
| 6/30/11 | | M Clay Chambers | 10,416.67 | |
| 7/15/11 | | M Clay Chambers | 10,416.67 | |
| 7/29/11 | | M Clay Chambers | 10,416.67 | |
| 8/15/11 | | M Clay Chambers | 10,416.67 | |
| 8/31/11 | | M Clay Chambers | 10,416.67 | |
| 9/15/11 | | M Clay Chambers | 10,416.67 | |
| | Total | | $260,416.75 | $321.09 |

## Cash Disbursements Journal - Robert Hassler
### For the Period From September 1, 2010 to September 15, 2011

Name:      Robert Hassler
Title:      Director
Address:   142 E. Bracebridge Circle
           The Woodlands, TX  77382

| Date | Check # | Line Description | Director Fees |
|------|---------|------------------|--------------:|
| 9/15/10 | 6378 | Robert Hassler | 8,888.89 |
| 10/15/10 | 6446 | Robert Hassler | 3,888.89 |
| 11/15/10 | 6508 | Robert Hassler | 3,888.89 |
| 3/15/11 | 6709 | Robert Hassler | 3,888.89 |
| 4/15/11 | 6764 | Robert Hassler | 21,666.67 |
| 5/13/11 | 6821 | Robert Hassler | 2,916.67 |
| 6/30/11 | 6883 | Robert Hassler | 2,916.67 |
| | Total | | $48,055.57 |

SulphCo, Inc. - New
## Cash Disbursements Journal - Orri Hauksson
For the Period From September 1, 2010 to September 15, 2011

Name:      Orri Hauksson
Title:     Director
Address:   Vatnsstigur 15
           Apartment #101
           101 Reykjavik, Iceland

| Date | Check # | Line Description | Director Fees |
|------|---------|------------------|--------------:|
| 9/15/10 | WT728 | Orri Hauksson | 4,083.33 |
| 10/15/10 | WT733 | Orri Hauksson | 2,333.33 |
| 11/15/10 | WT741 | Orri Hauksson | 2,333.33 |
| 3/15/11 | WT762 | Orri Hauksson | 2,333.33 |
| 4/15/11 | WT769 | Orri Hauksson | 14,000.00 |
| 5/13/11 | WT778 | Orri Hauksson | 2,500.00 |
| 6/30/11 | WT789 | Orri Hauksson | 2,500.00 |
| | Total | | $30,083.32 |

SulphCo, Inc. - New

## Cash Disbursements Journal - Fred Zeidman

For the Period From September 1, 2010 to September 15, 2011

Name:      Fred Zeidman
Title:      Chairman of the Board
Address:   2104 Chilton Road
           Houston, TX  77019

| Date | Check # | Line Description | Director Fees |
|------|---------|------------------|---------------|
| 9/15/10 | 6380 | Fred Zeidman | 10,000.00 |
| 10/15/10 | 6467 | Fred Zeidman | 5,000.00 |
| 11/15/10 | 6527 | Fred Zeidman | 5,000.00 |
| 12/21/10 | 6576 | Fred Zeidman | 7,500.00 |
| 4/15/11 | 6754 | Fred Zeidman | 25,000.00 |
| 5/13/11 | 6834 | Fred Zeidman | 3,750.00 |
| 6/30/11 | 6894 | Fred Zeidman | 3,750.00 |
| | Total | | $60,000.00 |

SulphCo, Inc. - New
## Cash Disbursements Journal - Robert van Maasdijk
For the Period From September 1, 2010 to September 15, 2011

Name:     Robert van Maasdijk
Title:     Director
Address:  Promegg Haus
          Au 46
          St. Wolfgang
          Salzkammergut, Austria

| Date | Check # | Line Description | Director Fees | Expense reimbursement |
|------|---------|------------------|--------------:|----------------------:|
| 9/15/10 | WT731 | Robert van Maasdijk | 6,222.22 | |
| 10/15/10 | WT737 | Robert van Maasdijk | 2,722.22 | |
| 11/15/10 | WT744 | Robert van Maasdijk | 2,722.22 | |
| 2/16/11 | WT757 | Robert van Maasdijk | | 559.00 |
| 3/15/11 | WT765 | Robert van Maasdijk | 2,722.22 | |
| 4/15/11 | WT772 | Robert van Maasdijk | 15,166.67 | |
| 5/13/11 | WT781 | Robert van Maasdijk | 2,916.67 | |
| 6/30/11 | WT790 | Robert van Maasdijk | 2,916.67 | |
| | Total | | $35,388.89 | $559.00 |

SulphCo, Inc. - New

## Cash Disbursements Journal - Larry Schafran

For the Period From September 1, 2010 to September 15, 2011

Name:      Lawrence  Schafran
Title:     Director
Address:   54 Riverside Drive
           New York, NY  10024

| Date | Check # | Line Description | Director Fees | Expense reimbursement |
|------|---------|------------------|---------------|----------------------|
| 9/15/10 | 6379 | Larry Schafran | 3,888.89 | |
| 9/30/10 | 6424 | Larry Schafran | | 1,544.22 |
| 10/15/10 | 6461 | Larry Schafran | | 610.16 |
| 10/15/10 | 6461 | Larry Schafran | 3,888.89 | |
| 11/15/10 | 6521 | Larry Schafran | 3,888.89 | |
| 3/15/11 | 6725 | Larry Schafran | 3,888.89 | |
| 4/15/11 | 6776 | Larry Schafran | 21,666.67 | |
| 5/13/11 | 6830 | Larry Schafran | 2,916.67 | |
| 6/30/11 | 6890 | Larry Schafran | 2,916.67 | |
| | | Total | $43,055.57 | $2,154.38 |

3

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hoover Slovacek LLP<br>5847 San Felipe<br>Suite 2200<br>Houston, TX 77057 | 6/9/2011 | $15,000.00 |

4

**10. Other transfers**

None
☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **See attached Exhibit SOFA-10** | | |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Citibank, NA**<br>**12591 Westheimer Road**<br>**Houston, TX 77077** | **Checking # xxxx8017** | **$0.00  12/15/2010** |
| **American Express Bank, FSB**<br>**4315 South 2700 West**<br>**Salt Lake City, UT 84184** | **Certificate of Deposit Acct. No. xxxx 171-4** | **$0.00  01/07/2011** |

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

    

SulphCo, Inc. - New

## Cash Receipts Journal

For the Period From Sep 15, 2009 to Sep 15, 2011

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Date | Account ID | Transaction Ref | Line Description | Relationship to SulphCo | Debit Amnt | Credit Amnt |
|---|---|---|---|---|---|---|
| 1/5/10 | 112001010000001 | 010509 | sold containers | | | 4,700.00 |
| 1/5/10 | 100391010000001 | 010509 | Hasara Land Services, 6133 Honea Egypt Rd, Montgomery, TX 77316 | none | 4,700.00 | |
| 1/5/10 | 112001010000001 | 22177 | sold container | | | 2,500.00 |
| 1/5/10 | 100391010000001 | 22177 | Hasara Land Services, 6133 Honea Egypt Rd, Montgomery, TX 77316 | none | 2,500.00 | |
| 1/5/10 | 112001010000001 | 22178 | sold container | | | 1,300.00 |
| 1/5/10 | 100391010000001 | 22178 | Hasara Land Services, 6133 Honea Egypt Rd, Montgomery, TX 77316 | none | 1,300.00 | |
| 10/25/10 | 702701020000001 | 102710 | sale of scrap metal | | | 24,035.00 |
| 10/25/10 | 100371010000001 | 102710 | T's Metal Company, 1011 Live Oak St. Houston, TX 77003 | none | 24,035.00 | |
| 10/29/10 | 702701020000001 | 102910 | sale of scrap metal | | | 9,070.00 |
| 10/29/10 | 100371010000001 | 102910 | T's Metal Company, 1011 Live Oak St. Houston, TX 77003 | none | 9,070.00 | |
| 11/1/10 | 702701020000001 | 8510 | sold valves | | | 5,100.00 |
| 11/1/10 | 100371010000001 | 8510 | Steven Levy Enterprises, Inc., 1412 Pennsylvania, South Houston, TX 77587 | none | 5,100.00 | |
| 11/1/10 | 702701020000001 | 110110 | sale of scrap metal | | | 6,960.00 |
| 11/1/10 | 100371010000001 | 110110 | T's Metal Company, 1011 Live Oak St. Houston, TX 77003 | none | 6,960.00 | |
| 11/2/10 | 702701020000001 | 11210 | sale of scrap metal | | | 7,025.00 |
| 11/2/10 | 100371010000001 | 11210 | T's Metal Company, 1011 Live Oak St. Houston, TX 77003 | none | 7,025.00 | |
| 3/25/11 | 705201020000000 | CR112 | sale of scrap metal | | | 3,233.00 |
| 3/25/11 | 100371010000001 | CR112 | T's Metal Company, 1011 Live Oak St. Houston, TX 77003 | none | 3,233.00 | |
| 4/11/11 | 705201020000000 | CR113 | sale of scrap metal | | | 5,103.00 |
| 4/11/11 | 100371010000001 | CR113 | T's Metal Company, 1011 Live Oak St. Houston, TX 77003 | none | 5,103.00 | |
| 4/26/11 | 705201020000000 | CR114 | sale of scrap metal | | | 3,784.00 |
| 4/26/11 | 100371010000001 | CR114 | T's Metal Company, 1011 Live Oak St. Houston, TX 77003 | none | 3,784.00 | |
| 4/29/11 | 705201020000000 | 42911A | sale of scrap metal | | | 1,806.00 |
| 4/29/11 | 100371010000001 | 42911A | T's Metal Company, 1011 Live Oak St. Houston, TX 77003 | none | 1,806.00 | |
| 5/11/11 | 705201020000000 | 087155/087152 | sale of PLCs | | | 4,397.80 |

EXHIBIT
SuFA-10
tabbies®

| Date | Account ID | Transaction Ref | Line Description | Relationship to SulphCo | Debit Amnt | Credit Amnt |
|---|---|---|---|---|---|---|
| | | | Radwell International, Inc., 111 Mount | | | |
| 5/11/11 | 100371010000001 | 087155/087152 | Holly Bypass, Lumberton, NJ 08048 | none | 4,397.80 | |
| 5/13/11 | 705201020000000 | CR117 | sale of scrap metal | | | 6,900.00 |
| | | | T's Metal Company, 1011 Live Oak St. | | | |
| 5/13/11 | 100371010000001 | CR117 | Houston, TX 77003 | none | 6,900.00 | |
| 5/26/11 | 705201020000000 | 52611A | sale of scrap metal | | | 781.00 |
| | | | T's Metal Company, 1011 Live Oak St. | | | |
| 5/26/11 | 100371010000001 | 52611A | Houston, TX 77003 | none | 781.00 | |
| | | | Unclaimed property - Employer Holdings | | | |
| 6/7/11 | 600001010000001 | CR122 | Inc. acct | | | 40,593.30 |
| | | | Venio LLC dba Keane, 1400 Liberty Ridge | | | |
| 6/7/11 | 100371010000001 | CR122 | Drive Suite 201, Wayne, PA 19087 | none | 40,593.30 | |
| | | | | | 127,288.10 | 127,288.10 |

5

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SulphCo, Inc. | 88-0224817 | 4333 W. Sam Houston Parkway N. Suite 190 Houston, TX 77043 | Energy technology company (in development stage) focused on the development and commercialization of an oxidative desulfurization process for liquid petroleum streams including crude oil products, crude oils, natural gasoline and condensate streams. | 12/23/1986 to Present |
| Fujairah Oil Technology, LLC | | Fujairah United Arab Emirates | 50% ownership interest | 11/2005 to Present |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
Stanley W. Farmer
13418 N. Bend Landing
Cypress, TX 77429

DATES SERVICES RENDERED
June 2007 to Present

7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Nancy Slatin**<br>**9224 Rodney Ray Blvd. #11**<br>**Houston, TX 77040** | **January 2006 to Present** |
| **Tessa Landmichael**<br>**3225 Woodland Park Dr. #1262**<br>**Houston, TX 77082** | **June 2005 to November 2010** |
| **William H. Fleenor**<br>**19807 Wild Poppy Drive**<br>**Spring, TX 77379** | **April 2008 to July 2010** |
| **Michael A. Abend**<br>**26218 Ridgefield Park Lane**<br>**Cypress, TX 77433** | **June 2003 to January 2010** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Hein & Associates** | **500 Dallas Street, Suite 2900**<br>**Houston, TX 77002** | **June 2007 to Present** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Stanley W. Farmer** | **13418 N. Bend Landing**<br>**Cypress, TX 77429** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Shareholders and General Public** | **As a publicly traded company, SulphCo files its annual financial statements on an annual basis on Form 10-K and its quarterly financial statements on a quarterly basis on Form 10-Q. As such, its financial statements are available its shareholders and the general public via the Securities and Exchange Commission's EDGAR Database.** |

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Fred S. Zeidman<br>2104 Chilton Road<br>Houston, TX 77019 | Director and Chairman of the Board | |
| Robert van Maasdijk<br>Promegg Haus<br>Au 46<br>St. Wolfgang, Salzkammergut<br>Austria | Director | Less than 5% ownership interest |
| Orri Hauksson<br>Vatnsstigur 15<br>Apartment #101<br>101 Reykjavik, Iceland | Director | |
| Larry D. Ryan<br>22214 Indigo Pines Lane<br>Katy, TX 77450 | Director | |
| Robert J. Hassler<br>142 E. Bracebridge Circle<br>Spring, TX 77382 | Director | |
| Larry G. Schafran<br>54 Riverside Drive<br>New York, NY 10024 | Director | Less than 5% ownership interest |
| Stanley W. Farmer<br>13418 N. Bend Landing<br>Cypress, TX 77429 | President & Chief Financial Officer | |
| M. Clay Chambers<br>55 Redbud Ridge Place<br>Spring, TX 77380 | Chief Operating Officer | |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Larry D. Ryan<br>22214 Indigo Pines Lane<br>Katy, TX 77450 | Chief Executive Officer | January 11, 2011 |
| Florian J. Schattenmann<br>5004 Warblers Way Drive<br>Midland, MI 48640 | Vice President and Chief Technology Officer | November 30, 2010 |

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| SulphCo, Inc. 401(K) Profit Sharing Plan | 88-0224817 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   9-16-11                              Signature   *Stanley W. Farmer*

Stanley W. Farmer
President and Chief Financial Officer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Texas

In re    **SulphCo, Inc., a Nevada Corporation**        Case No. _____

                                Debtor(s)        Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.    $ **299.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    _9/16/2011_

                                     **Melissa A. Haselden 00794778**
                                     **Hoover Slovacek LLP**
                                     **5847 San Felipe**
                                     **Suite 2200**
                                     **Houston, TX 77057**
                                     **713.977.8686  Fax: 713.977.5395**